**FILED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASPER L. DOCKERY #39631-053
USP - Pollock
pop 2099
Pollock LA.        PLAINTIFF
        71467
v.

U.S. DEPARTMENT OF TREASURY INTERNAL
REVENUE SERVICES(IRS)

_____Defendants_____

\*
\*
\*
\*
\*
\*
\*
\*

Case: 1:08-cv-00806
Assigned To : Friedman, Paul L.
Assign. Date : 5/12/2008
Description: Pro Se Gen. Civil

**COMPLAINT**

Plaintiff Jasper Dockery the undersignd, commence his first complaint against defendants U.S. Department Of Treasury Internal Revenue Service("IRS"), states and alleges as follows:

**INTRODUCTION**

This complaint has been made under Federal Tort Claim Act("FTCA") against defendants U.S. Department Of Treasury Internal Revenue Service under Title 5 USCS § 551(1) "agency" means each authority of the Government of the United States, whether or not it is within or subject to review by another agency. This is a civil action for certain unauthorized collection pursuant to 26 USCS § 7433 with respect to any taxpayer, complaint that any Officer or employee of Internal Revenue Recklessly or intentionally disregards this provision, of tax law, statute, or regulation, whether such damages are limited to "actual, direct economics damages sustained by plaintiff, as an approximate result of the reckless or intentionally or negligent action of employee of IRS.

**RECEIVED**

MAY - 5 2008

NANCY MAYER WHITTINGTON, CLERK

1.

## JURISDICTION

This Court has jurisdiction over this case pursuant to 28 USC § 1346(b)(1); this Court has jurisdiction of this action pursurant to 28 USC § 1331 involving civil action arising under the Constitution; 28 USC § 1332 and (c) for purposes of this section and 1441 of this Title- a Corporation shall be deem to be Citizen of any State by incorporation and where it has its principal place of business. The word "States" as used includes the territorial District Of Columbia; 28 USC § 1350 gave the District Court original jurisdiction of any civil case by alien for Tort, in violation of law of Nation or treaties of United States. 28 USC § 1357 also gave this court original jurisdiction of any civil case commence by person to recover damage or for injury to his person or property. 28 USC § 1355 also gave this court jurisdiction, exclusively of court of State. And 28 USC § 1340 Internal Revenue Code. 28 USC § 1402 gave jurisdiction and/or venue.

## VENUE

Venue is proper in the District pursuant to 28 USC § 1391(b) and(c); 28 USC § 1413 gave this Court venue of civil case; see also 28 USC § 1346(g) may be brought in U.S. District Court, for the District in which the employee is employed or in the United States District Court for District Of Columbia. And 2343 gave venue. 28 USC § 1408 gave this Court venue.

2.

## PARTIES

Jasper Dockery is currently a prisoner held in United States Penitentiary, P.O. 2099, Pollock LA 71467.

Internal Revenue Services is an Agency-hub for the United States Government, and has an responsibility by statutes and regulation promulgated by Congress to execute tax law pursuant to laws, Rules, and Statutes, for the United States Government, by way of proper Authorities, and for its supervision and operation of the Department of Internal Revenue Services, and its agents and/or employees. At all times pertinent to the claim asserted herein defendants Internal Revenue Services("IRS") was acting under statutes, guidelines, regulations, Rules, or procedures to execute the tax laws in the state of Maryland and/or District of Columbia or throughout the United States in general.

## FACTS

1.   On about 1/8/2003 Defendants IRS employees erroneous tax-levy $ 4, 679.27 from Plaintiff's bank account #157 202192-6, at Chevy chase bank, 6200 Chevy Chase Drive, Laurel Md, Check #4166003, without reasonable cause to believed plaintiff owed Internal Revenue Services("IRS") taxes. On about 12/4/06 IRS Conducted an erronesusly tax levy of for $ 1, 952.06 from Plaintiff's bank account #15720192-6 at Chevy Chase Bank, 6200 Chevy Chase Drive, Laurel Md, Check #20004-1564, without affidavit application to court establishing satisfactory facts supporting probable validity of tax to be levy.

3.

2.    Because Plaintiff was uneducated to this area of the Internal
Revenue laws he had asked that his complaint for the 1/8/2003 IRS
tax/levy from his bank account be withdrawn from the court docketed.
That case was dismissed without prejudice. On about 12/4/06 the IRS
employees conduct another unlawful act whereas it erroneously tax/levy
of $ 1, 952, 06 which has demonstrated a conduct of predicate acts com-
pounded with the 1/8/03 act.

3.    In a Administrative remedy filed on May 19, 2007 Dockery asked
the IRS to returned his money/property, see attachment herewith mark
Administrative Remedies. Paragraph 1, states in part, the IRS violates
statutory requirements mandated by congress in violation of due process
of law. It further state the money tax levy was without statutory au-
thority. It also states, the money levy from Dockery's bank account
causes irreparable harm whereas it creates an economical disaster and
prohibited him from paid for attorney and investigator to work on his
criminal defense. It causes problems for him to copies his litigation
and not being able to purchase stamps for his postage of legal mail.
It deterred him from paying pro se court filing fees under the forma
pauperis status. The Administrative Remedies states, please return
the money to Dockery's bank account immediately.

4.    on ¶2 of the administrative Remedies states, "review the follow-
ing documents as protest". Release of levy and notice of release mark
exh A, annexed to A, is exh "94", money levied on 1/8/2003 of $ 4,
679.27; money levied on 12/4/06 mark exh 3, is $ 1, 952.06; IRS
account transcript mark exh 4, has request date 11/2/06; notice of

4.

levy dated 12/2/06 mark exh 3; and notice dated 10/11/06 mark exh 5.

5.    The Administrative Remedies exhibit attachment, at ¶3 states on about February 12, 2007 Dockery received letter from IRS, states in part, wait for response within 45 days. Attach herewith mark exh B; the Administrative Remedies exhibit attachment, at ¶4 states on about March 23, 2007 Dockery received letter from Wallace B. Schneidau, indicate the considered of Dockery's request for returned of property which was levied by IRS denied. This document mark exh C.

6.    The Administrative Remedies exhibits attachment at ¶5 states on about the same time in March 23, 2007 package he sent Dockery a set of forms to be processed and return to him; it was forwarded to him as follows: letter dated April 3, 2007 mark exh D; annex thereto are request for collection due process or equivalent hearing process and dated 4/4/07; three page document mark reason for appeal dated April 3, 2007; notice of levy dated 10/8/03 mark exh 49; check stub #4166003 levy for the sum of $4, 679.26; notice of levy dated 12/2/06 for the sum of $ 1, 474.86 mark exh 3.

7.    The Administrative Remedies exhibits attachment at Pp. 2 of 4 ¶c states, check stub #200041564 for the sum of $ 1, 952. 06, dated 12/4/06 mark exh 3; account transcript response date 11/2/06 mark exh 4; final notice of intent to levy and notice of rights to hearing dated 10/11/06 mark exh 5; 1040 tax filed and paid now mark exh 1040; and collection due process supplemental appeal due process hearing material mark exh E.

8.    The Administrative Remedies  exhibits attachment, at ¶5a states, "on about April 11, 2007 Mr. Dockery received letter with instructions, of his appeal rights and how to prepare a pro-test if dissatisfied. See exh "F". The April 11, 2007 letter also changed its original status from levying the bank account self-employment to nonemployment. This sort  of tax process, violated due process of Fifth Amendment said Mr. Dockery. And conflict with statute's legislative history or otherwise unreasonable."

9.    ¶7 of the Aaministrative remedies exhobits, states  "on about May 3, 2007 Dockery received letter from IRS indicated its position, mark exh G. ¶8 of the Administrative remedies exhibits states, "on about April 26, 2007 Dockery received letter from C. Brown, conststs of tax assessment, mark exh H-1, H-2, H-3, and H-4." Exhibit H-3 states "the money ALLOC as Tips Nonemp Com $30, 000.00."  The content of Mr. Brown letter Violated due process when it charges the statute status from selfemployment to nonemployment and/or employment tips.

10.    Among other thing the April 26, 2007 letter ex H-1 erroneously states unfortunately your request was not received within the time frame allowed to qualify for a collection due process hearing for tax years 2001. Dockery respond that all his requests documents when he received them from prison staff he process them and return them absent dilatory motive and with necessary diligence as soon as he is permitted to access law library notwithstanding some times the prison is on lock down status when murder took place in the prison.

6.

11.   ¶10 of the Administrative remedied exhibits, states "some delay have cause Dockery on about April 20, 2007-May 2007 for him may not be able to Meet IRS timeline and the returning of papers but it was due to prison closure cause from "two" prisoner murder. Exhabit I, is notice of lock-down."

12.   ¶11 of the Administrative remedies exhibits, states "On about May 14, 2007 Dockery received notice from IRS indicating IRS changed Dockery encumbrance status, submit here mark exh J.

13.   The list of changes disagreeably on has been incorporated in the attachment of the Administrative Remedies at Pp. 3 of 4-4 of 4. dated 5/21/07. and was sent to the Appeals Office Personnel of IRS, Department of treasuary of Internal Revenue services.

EXHIBIT A, ATTACHMENT IS CONTINUATION OF THE ADMINISTRATIVE REMEDIES THAT WAS SENT TO THE IRS EMPLOYEES ON 1/9/07 SEEK-ING RELEASE OF LEVY AND NOTICE OF RELEASE BY PLAINTIFF FACTS

14.   Exhibits A, is document plaintiff sent to Bert W. Dumars; and Mr. Larkin, directors of electronic Administrator of IRS Department Of Treasuary Of Internal Revenue Services P.O. Box 57, Bensalem PA 1902-8514, on about 1/9/07. It's a 4 of 4 page documents.

15.   At page 1 of 4, ¶1 states, "Pursuant to USCS § 6343 Authority to release levy and return property in general, under regulations prescribed by the Secretary, shall release levy

upon all, or part of the property or right to property levied

upon and shall promptly notify the person upon such levy was

made(if any) that such levy has been released if---

    (b) return of property; if the Secretary determines
that property has been wrongly levied it shall be lawful for
the Secretary to return the property upon receipt of this
"notice".

16.    ¶ 1 of exhibits A, states "in matter identifying numeral(s)

dock G 03 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 notice of levy was served on about 10/08/03.

This matter was brought to the Authority of the United States

District Court for the District Of Columbia, and was requested

to be withdrawn by Plaintiff and it was dismissed without pre-

judice. This is a notice submit addressed to the district

director for the Internal Revenue in which the levy was made,

marked for the attention of Chief special procedures staff IRS

Department of the Treasury Internal Revenue Service P.O. Box

57 Bensalem, PA 19020-8514" or---

17.    ¶ 2 of Pp. 1 of 4 of exhibit A, states "Internal Revenue

Services(Treasuary Dept) employee plans and exempt Organizations,

1111 Constitution Ave, N.W. Washington DC Assistant Commissioner

of IRS, Treas." Reg. § 301.6343-1(b) provides, in relevant as

follows:

18.    The first ¶3 of 2 Of 4 in exhibit A, states "Dockery

invoke this written request for the return of money property

wrongfully levied upon about 1/8/03 mark exh 94, $4, 679.26."

19.    The second ¶3 of Pp. 2 of 4 in exhibit A, states Dockery

also invoke written request for the return of money property

8.

wrongfully levied upon December 4, 2006 mark exh 2, $1, 952.06.

20.    ¶4 of Pp 2 of 4 exhibit A, states "IRS Account transcript
mark exh 4, has an request date: 11/2/06; and response date:
11/2/06. Tax period: Dec. 31, 2001. ADJUSTED GROSS INCOME:
$27, 880.00; TAXABLE INCOME: $20, 430.00; TAXABLE INCOME TAXPAYER:
$27, 705.00; TOTAL SELF EMPLOYMENT TAX: $4, 239.00."

21.    ¶5 of Pp. 2 of 4 exhibit A, States Dockery asserts, that he
is a prisoner held in prison from February 6, 1996 until the
current date, therefore erroneous tax on his property not subject
to taxation. The tax levied by an officer or Agent who lacks
Authority to levy the taxes. In short the tax levied without
statutory authority. 26 USCS § 32(2) Earned income. (A) the term
"earn income" mean--

22.    (1) wages, salaries, tips, and other employee compensation,
but only if such amount are includable in gross income for the
taxable year, plus(ii) the amount of the taxpayer's net earnings
from selfemployment for the taxable year(within the meaning of
section 28 USCS 1402(a)) but such net earning shall be deter-
mined with regard to the deduction allowed to taxpayer by §
28 USCS 146(f). FOR PURPOSE OF ¶A--

23.    Exhibit A, at ¶7 states "(iv) no amount received for
services provided by an individual while the individual is
an inmate at a penal institution shall be taken into account.
Dockery did not obtained the money for service but personal
injury.

9.

24. Exhibit A, at ¶8 states 28 USCS § 1402 definations, of net
earnings from selfemployment. The term "net earnings from self-
employment" mean the gross income derived by an individual from
any trade or business carried on by such individual. Mr. Dockery
contends that he has never conducted trade or business while he
is in prison since Feburary 6, 1996 until current date. He is
prohibited from conducted selfemployment business in prison
see Title § 541. 13 Code 408 Prohibited inmate from conducting
a business in Prison.

25. . Exhibit A, at ¶8A states "submit herewith is a copy of tax-
payer's copy of notice of levy dated 12/2/06, mark exh 3."

26.    Exhibit A, at ¶9 states submit herewith is copy of paper,
call immediately to prevent property loss final notice of intent
to levy and notice of your right to hearing, dated 10/11/06, mailed
to Jasper Dockery at 601 McDonough Blvd SE Atlanta GA 30315, and
was held up and/or misplaced but it was delivered to Dockery on
about January 4, 07 at USP Pollock P.O. Box 2099, Pollock LA 71467.
This document mark exh 5.

28.    All the money that were levy from Dockery's account came
about when DC Prison staff assaulted Dockery, cause physical
injuries damage to his eye and face. The January 8, 2003 levy
check stub submit herewith mark ex 49 inconjunction with its
receipt. The December 4, 2006 levy check stub submit herewith
mark exh 3, in conjunction with its levy receipt. The IRS did
not have probable validity or reasonable cause, of the claim
for taxes which such remedy was granted if any remedies were

10.

infact granted and of any defense or claim of exemption asserted by such person. The IRS did not acted in compliance with any statutory requirement for the issuance of the prejudgment remedy granted by court of law if it had obtained one.

29.    The Officer or employee of IRS who levy plaintiff's bank account did recklessly or intentionally or by reason of negligence disregards, the tax law, statutes, or regulations, and such damage are limited to actual, direct economic damage sustained by Dockery as approximately result of such reckless or intentionally or negligent action of the Officers or employee.

30.    The IRS levy did not satisfied 28 USC § 3101 for court to issue writ authorizing IRS to attach levy and/or tax plaintiff's bank account, as the IRS may recover on claim for tax., pursuant to 28 USC § 3102 Attachment.

31.    The levy against plaintiff's bank account for $4, 679.26 on 10/8/03; and 12/2/06 violated due process clause of taxation of property by Officer or employee who lacks Authority to made such levy and taxation of bank account whereas it did not derived from economic loss or gains, but for personal physical  injuries and/or physical sickness.  26 USCS § 104(a)(2); and of the small business job protection Act of 1996, Pub. L. No. 104-188, 110 Stat. 1838, amends I.R.C. § 104(a)(2).

32.    The money that was levy was obtained by plaintiff from a civil settlement, cause from assault he sustain by DC Prison staff that left plaintiff's eye permanently injured. Exhibits of Administrative Remedies and exhibit A attachment to complaint.

COUNT ONE-VIOLATION OF FIFTH AMENDMENT RIGHT TO DUE PROCESS
28 USC § 3101 REQUIREMENT NOT SATISFIED UNDER DUE PROCESS
Violation of Fifth Amendment due process protected property
interest and inappropriate level of process by defendant IRS)

33.    Plaintiff hereby realleges in paragraph 1 through 38 above
as if fully set forth herein.

34.    For levy Dockery's bank account without making factual and
legal basis of an application under oath to a court to issue pre-
judgment remedy, to levy Plaintiff's property, defendants IRS
violated the fifth Amendment to the United States Constitution.

35.    As a direct result of such violation, plaintiff was denied
his protected property interest an inappropriate level of process
of facts not supportive of probable validity of claim for levy
property protected by Fifth Amendment and due process of law.

36.    Defendants acted under color of Federal law within the mean-

ing of Statutory Authority, of 26 USCS § 7433; and 26 USCS § 104
(a)(2) during all the events described herein. See 28 USCS § 2675.

37.    As a direct result of such deprivation of Statutory and/or
Constitutional right plaintiff suffered injury described herein.

COUNT TWO-VIOLATION OF FIFTH AMENDMENT RIGHT TO DUE PROCESS
26 USCS § 104(a)(2) EXCEPTION REQUIREMENT NOT SATISFIED
(Violation of Fifth Amendment due process protected property
interest provides an exception for physical and personal injuries
by Defendants IRS)

38.    Plaintiff hereby realleges in paragraph 1 through 42 above
as if fully set forth herein.

12.

39.   In failure to set forth in affidavit to a court, with particularity that the statutoty requirements under 28 USCS § 104(a)(2) has been satisfied, which excluded physical and personal injury, damages from be levy/tax defendant IRS has violated the Fifth Amendment to due process clause, of the Constitution.

40.   The Defendants did so by way of malicious failure to establish reasonable cause to believe that plaintiss owed IRS any funds for Taxes. As a result of such conduct Dockery was denied his right to due process of law for taking funds from his bank account.

41.   Defendants acted under statutory Authorities, within the meaning of 26 USCS § 7433; and 5 USCS § 551 during all the events described herein. Inconjunction with 28 USC § 2675.

42.   The Violation subject Dockery to punishment economically and humilating, thereby denied him constitutional right to due process under the law óf  Attachment and/or seizure of money in his bank account without reasonable cause and process.

43.   As a  direct result of the violation of constitutional right, Dockery suffer injuries described herein.

COUNT THREE-VIOLATION OF INTENTIONAL TORT
(Violation of intentional tort for wrongly levy personal property, without Authority by Defendants IRS)

44.   Plaintiff hereby realleges paragraph 1 through 47 above as if fully set forth herein.

13.

45.    The deliberately levy of plaintiff's bank account on
about 10/8/03 for the sum of $4, 679.26; and subsequently levy
for the sum of $ 1, 474.86(on 12/2/06) by defendants IRS without
showing a court that it has reasonable cause to believe tax
were owed, Defendants IRS committed a recklessly or intentionally
or by reason of negligence, disregards the provision of the statutes
of Tax law 26 USCS § 7433(a) and (b); this consequences of which
interfere with the personal or business interest of plaintiff's
bank account in a way not permitted by laws and statutes establish
by Congress.

46.    Defendants conduct involved Acts that were deliberate in-
tended to bring about the consequences that are the basis of this
Tort Action. It mean that Defendants IRS intended consequences of
act or knew with substantial certainty its consequencies would
resulted from its intentionally, deliberately, and maliciously Acts
of levying plaintiff's bank account more than one time.

47.    The levy of Plaintiff's bank account without Court's satis-
faction of factual affidavit supportive of probable validity of
IRS Claim that Tax were being owed, is an intentionally Tort be-
cause the object of the levy/money can ordinarily be expected to
buy stamps for postage in plaintiff's  pro se litigation. Paid
filing fees for court process of plaintiff's litigation pro se.
Paid copying cost for plaintiff litigation pro se. Paid for all
plaintiff post coviction criminal defenses and other expences,
incurred; etc.

48.    The Defendants acted under color of law, within the meaning
of FTCA the Federal Tort Claim Act Of the United States Government

during all the events described herein. 28 USC §§ 1346(b)(1). et seq.

49.   As a result of the deprivation of his property interest Dockery

suffered injuries described herein.

COUNT FOUR-VIOLATION OF TORT OF NEGLIGENCE
(Violation of failure to obtained Court Ordered prejudgment remedy,
and supportive affidavit for probable validity claim of tax/levy by
defendants IRS).

50.   Plaintiff hereby realleges paragraph 1 through 52 above

as if fully set forth herein.

51.   In failure to comply with its duties to exercise reasonable

care to conform to IRS Laws, Congressional mandated by statutes,

which such failure prevented defendants from obtaining Court Ordered

defendants IRS carelessly neglected its duties of dangerous acts

which resulting plaintiff's injuries.

52.   Defendants IRS violated its duty owed to care to plaintiff

and/or the public in general. Defendants acted under color of

Federal Law, within the meaning of FTCA Federal Tort Claim Act

et seq. During all of events described herein. 28 USC §.2675 et seq.

COUNT FIVE-VIOLATION OF UNINTENTIONAL TORT: NEGLIGENCE
(Violation of unintentionally tort, negligence by defendants IRS)

53.   Plaintiff hereby realleges paragraph 1 through 54 above

as if fully set forth herein.

54.   In levying plaintiff's bank account in violation of statutory

authority, defendants IRS conduct merely creates a risk of con-

sequences that cause by neglect that were foreseeable Defendants

should have anticipated the risk and guard against it; thus Defendants activities involves potential harm of serious nature encroach on the right of plaintiff and/or property interest. And such activities is not commonly performed in public in general and prohibited by law.

55.   In failure to anticipated such known risk of negligence, which failure not to exercise reasonable care to guard against risk and/or negligence, defendants IRS committed negligence Tort.

56.   Defendants IRS acted under color of Federal Law, within the meaning of Federal Tort Claim Act(FTCA) et seq. during all the events described herein. 28 USC § 2671 et seq.

57.   As a direct result of such conduct Plaintiff suffered injuries described herein.

COUNT SIXTH-VIOLATION OF INTRUSION UPON INDIVIDUAL'S AFFAIRS OR SECLUSION.
(Violation of solitude and freedom from prying public eyes by Defendants IRS)

58.   Plaintiff hereby realleges paragraph 1 through 58 above as if fully set forth herein.

59.   Thus the unauthorized scanning and intrusion upon plaintiff's bank account by defendants IRS without any Authority defendants IRS conduct were truly [intrusive] and that was designed to elict un-authorized information deliberately from plaintiff's bank account which would not have been available through normal inquiry or observations.

60.    Defendants acted under color of Federal law within the
meaning of 28 USC § 1346(b)(1); 26 USCS § 104(a)(2) small
business job protection Act of 1996. Pub. L. No. 104-188,110
Stat. 1838 which amend IRC § 104(a)(2); and Title 5 USCS §
551 during all the events described herein.

61.    As a result of the intrusion plaintiff suffered injuries
described herein.

## COUNT SEVEN-VIOLATION OF FOURTH AMENDMENT RIGHT
(Violation of 28 USCS 1346(b)(1) by Defendants IRS)

62.    Plaintiff hereby realleges paragraph 1 through 62 above
as if fully set forth herein.

63.    In scanning and prying into Dockery's bank account, one or
more Defendants violated the Fourth Amendment protected privacy
Right to the United States Counsitution. As a result of such
violation, Mr. Dockery was denied his Constitutional right to
unlawful intrusion of the Fourth Amendment to the United States
Constitution.

64.    The Defendants acted under color of Federal law within the
meaning of 28 USC § 2675 et seq during all the events described
herein.

65.    AS a result of the intrusion of his constitutional righgts,
Mr. Dockery suffered injuries described herein.

## COUNT EIGHT-VIOLATION OF INTENTIONAL TORT
(Violation of Tort of infliction of emotional
distress by Defendants IRS)

17.

66.    Plaintiff hereby realleges paragraph 1 through 65 above as if fully set forth herein.

67.    In the deliberately repeated use of extreme method to levy taxes unauthorized and without reasonable cause from plaintiff's bank account defendants IRS conduct adds up to extreme outrageous acts that exceeds the bounds of decency unaccepted by society.

68.    Defendants acted under color of Federal law within the meaning of 28 USC § 2674; 26 USCS § 7433; 26 USCS § 104(a)(2); and Title 5 USCS § 551 during all events described herein.

WHEREFORE, plaintiff Jasper Dockery respectfully ask that judgment be entered against Defendants IRS, for the following relief:

AWARD of compensation damages against defendants jointly and severally, in the amount of $50.000.00.

AWARD of punitive damages against defendants IRS jointly and severally in the amount of $ 75.000.00.

AWARD of infliction of emotional distress against defendants IRS jointly and severally in the amount of $ 75.000.00 for inflicting of emotional distress, intense pain, and suffering.

TRIAL BY JURY ON ALL ISSUE.IS REQUESTED BY PLAINTIFF.

By: Jasper Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollack LA 71467.                        10/8/07.

18.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
08-806
PLF

## I (a) PLAINTIFFS

Jasper Dockery

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 39631-053

## DEFENDANTS

US Department of Treasury

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRA

ATT

Case: 1:08-cv-00806
Assigned To : Friedman, Paul L.
Assign. Date : 5/12/2008
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. Habeas Corpus/ 2255 | ☐ H. Employment Discrimination | ☐ I. FOIA/PRIVACY ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. Labor/ERISA (non-employment)<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. Other Civil Rights (non-employment)<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ M. Contract<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. Three-Judge Court<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $** O    Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 5/12/08    SIGNATURE OF ATTORNEY OF RECORD NCD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

EXHIBITS OF ADMINISTRATIVE
Remedies

MAY 19, 2007

JASPER L. DOCKERY
#39631-053
UNITED STATES PENITENTIARY
P.O. BOX 2099
POLLOCK, LA 71467


FOR REACHING MR. DOCKERY PLEASE
CALL 318 561-5300 AND ASK FOR
A-BLOCK UNIT TEAM CASE MANAGER OR
CONSULAR, OR UNIT MANAGER FOR MR.
DOCKERY JASPER.


THIS IS A REQUEST FOR APPEAL CONFERENCE.


STATEMENTS FOR APPEAL IRS FINDING TO APPEAL OFFICE.

1.    Dockery invoke 26 USCS § 6343 Authority to release levy and
return his money/property. The IRS violates statutory (requirements)
mandated by congress in violation of due process of law. The money
tax levied without statutory authority. The money levy from Dockery's
Bank account causes irreparable harm whereas it creates an economical
disaster and prohibited him from paid for attorney and investigator
to work on his criminal defense. Please return the money to Dockery's
bank account immediately.


REVIEW THE FOLLOWING DOCUMENTS AS PROTEST.

2.    Release of levy and notice of release mark ex A.
      annex to exh A, is exh "94", money levied upon about 1/8/2003
      in the sum of $4, 679.27; money wrongfully levied upon 12/4/06
      mark ex 3, the sum of $1, 952.06; IRS Account transcript mark
      ech 4, has request date 11-02-06; notice of levy dated 12/2/06
      mark ex 3; and notice dated Oct 11, 2006 mark exh 5.

3.    On about Feb 12, 2007 Dockery received letter stated in part,
      wait for response within 45 days. attach herewith mark exh B.

4.    On about March 23, 2007 Dockery receive letter from Wallace B.
      Schneidau, it states we considered Dockery's request for re-
      turn of property which was levied by IRS denieed. Submit here-
      with mark exh C.

5.    On about the same time in his March 23, 2007 package he sent
      Dockery a set of forms to process and return to him; it was
      forward to him in the following:

# 1

2 of 4.

b.    letter dated April 3, 2007 <u>mark exh D</u>; annex thereto are
      request for collection Due process or equivalent hearing
      process and dated 4/4/07; three page document **mark reason
      for appeal dated April 3, 2007**; notice of levy dated 10/08/03
      <u>mark exh 94</u>; check stub #4166003 levy for the sum of * * *
      $ 4, 679. 26; notice of levy dated 12/2/06 for the sum of
      $ 1, 474. 86, <u>mark exh 3</u>;

c.    check stub #200041564 for the sum of $ 1, 952. 06, dated Dec
      4, 2006 <u>mark exh 3</u>; account transcript reesponse date 11-02-
      2006 <u>mark exh 4</u>; socalled final notice of intent to levy and
      <u>notice of rights</u> to hearing dated Oct 11, 2006 <u>mark exh 5</u>;
      1040 tax filed and paid now <u>mark exh 1040</u>; and <u>collection</u> Due
      Process supplemental appeal Due Process hearing material <u>mark</u>
      <u>exh E.</u>

5a.   On aboabout April 11, 2007 Mr. Dockery received letter with in-
      structions, his appeal rights and how to prepare a protest if he
      does.nt. agree; <u>mark exh 'F'.</u>

6.    The April 11, 2007 letter also change the status of the original
      statute for levying the Bank account money/property from selfemployment
      to nonemployment. Tax levy violate Due process of fifth Amendment. And
      conflict with statute's legislative history or otherwise unreasonable.

7.    On about May 3, 2007 Dockery received letter from IRS indicated
      the position of the IRS, <u>mark exh G</u>, and submit herewith.

8.    On about April 26, 2007 Dockery received letter from C. Brown,
      consists of tax assessment, mark exh H-1, H-2, H-3, and  H-4. Exh H-3,
      states the money ALLOC as TIPS NONEMP COM $30,000.00. Dockery assersts,
      IRS violate due process whereas it changes the statute status from * *
      selfemployment to nonemployment or employment and tips.

9.    Among other thing the April 26, 2007 letter exh H-1 erroneously
      states unfortunately your request was not received within the time
      frame allowed to qualify for a collection Due process hearing for tax
      years 2001.

9a.   Dockery asserts, all his requests documents **when received from
      prison official has process and return without dilatory motive and with
      necessary diligence as soon as he received the papers and obtain access
      from prison officials to  process them.**

10.   Some delay have cause Dockery on about April 20, 2007-May 2007
      for not meeting  IRS time'line in responding and returned papers but
      due to prison closure causation from two prisoner murder. submit here-
      with exh I, notice of Prison lock-down.

11.   On about May 14, 2007 Dockery received notice indicating IRS
      changed Dockery encumbrance status, submit herewith <u>mark exh J.</u>

#2

## LIST OF CHANGES DISAGREEABLY ON

12.    The money was initially levy as adjustable Gross income. See exh 4 total selfemployment tax.

13.    It change to nonemployee compensation. See exh F; and finaly it change to ALLOC TIPS NONEMP COM. See exh H-3.

14.    Tax periods years involved 10/08/03; and 12/02/06.

### SUMMARY FACTS

15.    Assault upon Mr. Dockery by hands of DC Prison Guard were claim for physical and/or personal injuries damage, provides an exception within statutory under **26 uscs § 104(a)(2)**. See THRELKELD V. COMMIS-SIONER(C.I.R.) 848 F.2d 81(6th Cir. 1988).

### ARGUMENT

A.    The levy against Mr. Dockery's money/property dated 10/8/03 for the sum of $ 4, 679. 26, mark exh 94 check no 4166003 dated Oct, 16, 2003 not only levy in violation of Due process notice of pre payment clause(see exh 1040), but it was erroneously tax in violation of small business job protection Act of 1996, Pub. L. No. 104-188, 110 Stat. 1838, which Amends I.R.C. § 104(a)(2), shows that amendment applies to damages[1] receive after August 20, 1996 which Act's enact-ment date.

B.    **Damage for nonphysical injuries** no longer qualify for gross in-come exclusion under § 104(a)(2) if damages are awarded either by court or through settlement on after August 20, 1996. See LINDSEY V. COMM'R (2005 CA8) 422 F.3d 684, 96 AFTR 2d 5959.

C.    The levy against Dockery's Bank account dated 12/02/06 for the sum of $1, 474,86, mark exh 3, Check No. 200041564 is violative of due process clause, tax levied by an officer or agent who lacks Authority to levy the tax money, for the following reasons:

D.    The IRS did not obtained Court ORDERED to levy the Bank account. The money dis not derived from economic loss or gains, but for personal physical injuries and/or physical sickness.(see Knoll V. Comm'r(2003)

---

[1]Mr. Dockery was arrested on about Feb 6, 1996 and was never release from prison since then; inconjunction to late part of 1995 FBI Agents and local police physically and personally damages/injuries to his grocery Store, namely three starr grocery, causation for it to be ** permanently closed. Therefore, damages to business is excluded from income under § 104 prior Amendment by small Business job protection Act of 1996.(FABRY V. COMM(2000,CA11) 223 F.3d 1261, 13 FLW Fed. C. 1028, 86 AFTR 2d 5672, 2000-2 USTC ¶ 50682).

-#3

CCH unemployment INS Rep ¶ 125B, TC Memo 2003-277,86 CCH TCM 396)
(Supreme Court established two-prong test for determine taxpayer
is eligible to be excluded income under IRS §104(a)(2));(Murphy
V. IRS (2005, DC Dist. Col) 362 F.Supp 2d 206)(26 USCS § 104(a)(2)
clearly provide that damages had to be received "on account of * *
personal physical injury or physical sickness")).


Respectfully submitted.

X _Jasper L. Dockery_          5/21/07.
Jasper L. Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollock, LA 71467


Jasper L. Dockery solemnly declare under penalty of perjury pursuant
to 28 USC § 1746, I declare that I examined the facts stated in this
protest, including any accompanying documents, and, to the best of my
Knowledge and·belief, they are true, correct and complete".


Respectfully submitted

X _Jasper L. Dockery_          5/21/07.
Jasper L. Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollock LA 71467

CC: Appeals Office Personnel of IRS
    Department of treasuary of Internal
    Revenue Service
    P.O. Box 57
    Bensalem, PA 1902-85114.

TRACKING ID: 100010244595.

IDENTIFYING NUMBER DOCK G 01 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.

IRS EMPLOYEE NUMBER: 59CHB

FORM NUMBER: 1040A.

#4

Exh "A"

1 of 4.

JASPER L. DOCKERY
#39631-053
U.S.P. POLLOCK
P.O. BOX 2099
POLLOCK LA, 71467

BERT W. DUMARS; and Mr. LARKIN
RIRECTOR, ELECTRONOC TAX ADMINISTRATORS
IRS DEPARTMENT OF TREASUARY OF INTERNAL
REVENUE SERVICE
P.O. BOX 57
BENSALEM, PA 1902-8514.

TRACKING ID: 100010244595

IDENTIFYING NUMBER DOCK G 01 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

IRS EMPLOYEE NUMBER: 59CHB

FORM NUMBER: 1040A

## RELEASE OF LEVY AND NOTICE OF RELEASE

Pursuant to 26 USCS § 6343 Authority to release levy and return
property, in general, under regulation's prescribed by the Secretary,
the Secretary shall release the levy upon all, or part of, the property
or right to property levied upon and shall promptly notify the person
upon whom such levy was made(if any) that such levy has been released if-

**(b) Return of property.** If the Secretary determines that property
has been wrongfully levied upon, it shall be lawful for the Secretary to
return the property upon receipt of this NOTICE.

1.    In a matter IDENTIFYING NUMER(S) DOCK G 03 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 Notice of
Levy was searved on about 10/08/2003. This matter was brought to the
Authority of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COL-
UMBIA, and was dismissed without prejudice. This is a notice submit
addressed to the district director for the internal revenue district
in which the levy was made, and marked for the attention of the Chief,
special procedures staff IRS Department of the treasury Internal Revenue
Service P.O. BOX 57 Bensalem, PA 19020-8514, or--

2.    Internal Revenue Service(TREASUARY DEPT.) employee plans and

#5

exempt Organizations, 1111 Constitution Ave, N.W. Wasgington DC.
assistant Commissioner of IRS, Treas.Reg. § 301.6343-1(b) Provides,
in relevant part, as follows:

3.    Dockery invoke this written request for the return of money
property wrongfully levied upon about 1/8/2003, mark ex 94, $4,679.26.

3.    Dockery also invoke written request for the return of money
property wrongfully levied upon December 4,2006, mark ex 2, $1,952.06.

4.    IRS Account transcript mark ex 4, has an request date: 11-02-06;
and response date: 11-02-2006. Tax period: Dec. 31,2001. ADJUSTED GROSS
INCOME: $27,880.00; TAXABLE INCOME: $20,430.00; TAXABLE INCOME TAXPAYER:
$27,705.00; TOTAL SELF EMPLOYMENT TAX: $4,239.00.

5.    Dockery asserts, that he is tax-exempt from the levy exh 94, and
ex 2, because he is a prisoner held in prison from February 6, 1996
until the current date, therefore, **erroneous tax, on his property not
subject to taxation. The tax levied by an officer or Agent who lacks \***
**Authority to levy the taxes. In short the tax levied without statutory**
**authority.** See 26 USCS § 32 (2) Earned income.(A) the term "earn income"
mean--

6.    **(i)** wages, salaries, tips, and other employee compensation, but
only if such amount are includible in gross income for the taxable year,
plus **(ii)** the amount of the taxpayer's net earnings from self-employment
for the taxable year(within the meaning of section 28 USCS 1402(a))but
such net earnings shall be determined with regard to the deduction \* \*
allowed to the taxpayer by section 28 USCS 146(f).**FOR PURPOSE OF ¶ A-**

7.    **(iv)** **states** no amount received for services provided by an indivi-
dual while the individual is an inmate at a penal institution shall be
taken into account.

8.    **26 USCS § 1402 Definations, of net earnings from self-employment.**

#6

The term "net earnings from self-employment" means the gross income derived by an individual from any **trade or business carried on by such individual. Mr. Dockery contends that he has never conducted trade or business while he is in prison Feburary 6, 1996 until the current date.** In addition he is prohibited from conduct * selfemployment business in prison pursuant **Title § 541.13 Code 408 PROHIBIT ACTS** conducting a business by inmate in prison.

8A.    Submit herewith is a copy of taxpayer's Copy of Notice of Levy dated 12/2/2006, <u>mark ex 3.</u>

9.    Submit herewith is a copy of, call immediately to prevent property loss final notice of intent to levy and notice of your right to a hearing, daded Oct 11, 2006, mailed to Jasper Dockery 601 McDonough Blvd SE Atlanta GA 30315, and was held up or misplace but it was delivered to Dockery on about January 4, 2007 at U.S.P. Pollock P.O. Box 2099, Pollock LA, 71467. This document <u>mark ex 5.</u>

10.    26 USCS § 32(c)(2)(B)(iv) states:

   32(c) **Definations and special rules.**—For purposes of this section—...

   **(2) Earned income.**—

   **(A) The term "earned income" means**—
   ...

   **(B) For purposes of subparagraph**

   **(A)**—...

   **(iv) no amount received for services provided by an individual while the individual is an inmate at a penal institution shall be taken into account....**

   **The statutory language clearly states that compensation received by an inmate as payment for services is not considered "earnd income". For purposes of IRS. Mr. Dockery was an inmate at a penal institution during the year 1996-2007 tax years.**

11.    Chevy Chase Bank employee and director may have breach Dockery's contract, whereas they intentionally neglected their duty, of omitted the signature from letter of notice of levy dated 12/26/06 <u>mark ex 2.</u>

#7

12. This section is NOTICE TO THE District of Columbia Correction Department(Government) AND Others for breach of compensation in the subject matter.

Respectfully submit,

Jasper L. Dockery         1/9/07.

PS.

This notice extend to IRS for failure to provide notice of the original 1994/2001 allegde taxes.

#8

# CERTIFICATE OF SERVICE

I, **JASPER L. DOCKERY**, do hereby certify under the penalty of perjury (28 U.S.C. §1746) that I have served a true and correct copy of the following document(s):
**NOTICE OF RELEASE LEVY AND RETURN OF (PROPERTY) MONEY. FOR ERRONEOUSLY OR ILLEGALLY ASSESED OR COLLECTED TAXES BY THE UNITED STATES AND/OR ITS AGENTS.**

which, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have place the material referenced above in a properly sealed enveloped with first-class postage (stamps) affixed and I addressed it to:
**1. LARRY LEADER, MARY HANNAR, BERT W. DUMARS, MR. LARKINS,DEPARTMENT OF TREASUTY INTERNAL REVENUE SERVICE, P.O. BOX 57 BENSALEM, PA 19020-8514.**

**2. TAX ADMINISTRATION 1111 CONSTITUTION AVE, NW WASHINGTON, DC 20224.**

**3. TAX PERSONAL OF CHEVY CHASE BANK 6200 CHEVY CHASE DRIVE LAUREL MD 20707. (see subsection infra 4)**

and deposited said envelope via hand delivered to the Mail Room Staff at the United States Penitentiary Pollock, LA, on this   **9**   day of **JANUARY  2007**
**(subsection infra 4)**
**4. DISTRICT OF COLUMBIA CORRECTION DEPARTMENT (GOVERNMENT) et al 1923 Vermont Avenue NW/Wasington DC 20001, is put on notice also.**

Respectfully submitted,

*Jasper Dockery*

Reg. No. **39631-053**
U.S. Penitentiary Pollock
P.O. Box 2099
Pollock, LA 71467

#9

Form 668-A(c)
(Rev. January 2001)

Department of the Treasury — Internal Revenue Service

## Notice of Levy

DATE: 10/08/2003

REPLY TO:
IRS SERVICE CENTER
P.O. BOX 57
BENSALEM, PA 19020

*Exhiq4*

TELEPHONE NUMBER
OF IRS OFFICE:      SEQNUM 00386
TOLL FREE        1-800-829-3903
SBV

TO:   P                    DPC05

NAME AND ADDRESS OF TAXPAYER:

CHEVY CHASE BANK FSB
6200 CHEVY CHASE DRIVE
LAUREL MD                  20707

JASPER DOCKERY
2127 PITKIN AVE
BROOKLYN NY 11207-3517274

IDENTIFYING NUMBER(S):
DOCK  G   03        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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-1994 | $ 2,179.51 | $ 2,499.75 | $ 4,679.26 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.

Total Amount Due ▶ $ 4,679.26

We figured the interest and late payment penalty to _____ 11-06-2003 _____

Although we have told you to pay the amount you owe, it is still not paid.  This is your copy of a notice of levy we have sent to collect this unpaid amount.  We will send other levies if we do not get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in Section 408(n) of the Internal Revenue Code <u>must hold your money for 21 calendar days</u> before sending it to us.  They must include the interest you earn during that time.  Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring a guaranteed payment** (cash, cashier's check, certified check, or money order) to the nearest IRS office with form, so we can tell the person who received the levy not to send us your money.  If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy.  You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

#10

Signature of Service Representative

Title   Operations Manager, Collection



ORIGINAL DOCUMENT CONTAINS A COLORED BACKGROUND ON WHITE PAPER. VOID WITHOUT BACKGROUND.

**CHEVY CHASE BANK**
7501 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

CHEVY CHASE BANK
BETHESDA, MARYLAND

No. 4166003

**CASHIER'S CHECK**

OCTOBER 16, 20

ex 49

Pay
**FOUR THOUSAND SIX HUNDRED SEVENTY-NINE AND 26/100**

Dollars $ *****4,679.26

Void After 90 Days

To The
Order Of: **UNITED STATES TREASURY**
REF: JASPER DOCKERY
SSNO. 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

_Sheryl K._
AUTHORIZED SIGNATURE

⑈4166003⑈ ⑆955071981⑆ 251000508⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

No. 4166003

| DATE | ACCOUNT NUMBER | AMOUNT | FOR OFFICE USE ONLY |
|------|----------------|--------|---------------------|
| 10-16-05 | 137-808176-6 | $4,679.26 | L#_____ T#____ 004B |

☐ Check Sent as Requested
☐ Check to Payee
☐ Receipt to Customer
☐ Check & Receipt to Customer
☐ Other

Please Note: Replacement of lost Cashier's
Checks of $10,000 or more will require your
purchase of an indemnity bond.

Exh "94"

#11.

# CHEVY CHASE BANK

CHEVY CHASE BANK
BETHESDA, MARYLAND

7501 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

No. 200041564

TouchSafe®    **CASHIER'S CHECK**

DECEMBER 4, 06

Pay

Dollars $ ******1,952.06

**ONE THOUSAND NINE HUNDRED FIFTY-TWO AND 06/100************************************************

To The
Order Of: **US TREASURY**
RE: JASPER DOCKERY
SS/TID NO. 053504785

AUTHORIZED SIGNATURE

Void After 90 Days

⑈"200041564"⑈ ⑆:255071981⑆: 25 ⑊000508"⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE CHEVY CHASE BANK WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW.

No. 200041564

| DATE | ACCOUNT NUMBER | AMOUNT | FOR OFFICE USE ONLY | |
|------|----------------|--------|---------------------|---|
| 12-04-06 | 157-202192-6 | $1,952.06 | Location # | Teller # 071  004A |

☐ Check Sent as Requested
☐ Check to Payee
☐ Receipt to Customer
☐ Check & Receipt to Customer
☐ Other

**Please Note:** Replacement of lost Cashier's Checks of $10,000 or more will require your purchase of an indemnity bond.

VERIFY COMPLETE LIST OF SECURITY FEATURES LISTED ON BACK OF CHECK.

Exh "3"

#12

100010244595

EX 11

This Product Contains Sensitive Taxpayer Data

Request Date: 11-02-2006
Response Date: 11-02-2006
IRS Employee Number: 59CHB
Tracking Number: 100010244595

Account Transcript

FORM NUMBER: 1040A                    TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER:                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

JASPER DOCKERY
2127 PITKIN AVE
BROOKLYN, NY11207-3517-274

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          12,608.18
ACCRUED INTEREST:          1,005.58          AS OF: Oct. 30, 2006
ACCRUED PENALTY:             292.11          AS OF: Oct. 30, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:            13,905.87

** EXEMPTIONS:            01
** ADJUSTED GROSS                            ** FILING STATUS: Head of Household
   INCOME:                27,600.00
** TAXABLE INCOME:        20,430.00
   TAX PER RETURN:         0.00
** SE TAXABLE INCOME
   TAXPAYER:              27,705.00
** SE TAXABLE INCOME
   SPOUSE:                 0.00
** TOTAL SELF-
   EMPLOYMENT TAX:        4,239.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 14, 2005

PROCESSING DATE: Feb. 07, 2005

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | SUBSTITUTE FOR RETURN 29210-888-00000-5 | | 02-07-2005 | $0.00 |
| 170 | ESTIMATED TAX PENALTY | 20053908 | 10-10-2005 | $289.00 |
| 160 | LATE FILING PENALTY | 20053908 | 10-10-2005 | $1,643.18 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION 29247-659-00807-5 | 20053908 | 10-10-2005 | $7,303.00 |
| 421 | RENUMBERED RETURN 29247-659-00807-5 | | 10-10-2005 | $0.00 |
| 336 | INTEREST ASSESSED | 20053908 | 10-10-2005 | $1,759.37 |
| 276 | FAILURE TO PAY TAX PENALTY | 20053908 | 10-10-2005 | $1,533.63 |
| 582 | FEDERAL TAX LIEN | | 09-08-2006 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-02-2006 | $80.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-11-2006 | $0.00 |

#13

| Form 668-A(c) (Rev. January 2001) | Department of the Treasury — Internal Revenue Service |
|---|---|

# Notice of Levy

DATE: 12/02/2006

"Exh 3"

REPLY TO:
ACS SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

TELEPHONE NUMBER OF IRS OFFICE:     SEQNUM 00932
TOLL FREE    1-800-829-3903
SBV

TO:   P                           DPC05

NAME AND ADDRESS OF TAXPAYER:

001103

CHEVY CHASE BANK FSB
6200 CHEVY CHASE DRIVE
LAUREL  MD   20707

JASPER DOCKERY
PO BOX 2099
POLLOCK LA 71467-2099997

IDENTIFYING NUMBER(S):
DOCK  G   01            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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2001 | $      12,608.18 | $      1,474.86 | $      14,083.04 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT

Total Amount Due ▶ $      14,083.04

We figured the interest and late payment penalty to _____ 12-28-2006

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in Section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | # 41 | Title  Operations Manager, Collection |
|---|---|---|

SB V

Department of the Treasury
Internal Revenue Service
ACS SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

*Ex h 5* ||

**Date:**
OCT. 11, 2006

**Taxpayer Identification Number:**
4373975410   G 01

**Contact Telephone Number:**
TOLL FREE: 1-800-829-3903
BEST TIME TO CALL:
MON - FRI  8:00AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-3903

JASPER DOCKERY
601 MCDONOUGH BLVD SE
ATLANTA GA 30315

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your  property or your rights to property 30 days after the date of this letter unless you take one of these actions:
.    Pay the full amount you owe, shown on the back of this letter. When doing so,
       . Please make your check or money order payable to the United States Treasury;
       . Write your social security number and the tax year or employer identification number and the tax period
         on your payment; and enclose a copy of this letter with your payment.
.    Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time.
.    Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days
     from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope

Automated Collection System

**Letter 1058 (Rev. 09-2002)(LT-11NC)**

#15



**IRS** Department of the Treasury
Internal Revenue Service
P.O. Box 57, ACS
Bensalem  PA  19020

"Exh B"

In reply refer to:  0566540700
Feb. 12, 2007  LTR 2645C  LO
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  200112 30 000
Input Op:  0509905246 00001538
                    BODC: NOBOD

JASPER DOCKERY
PO BOX 2099
POLLOCK  LA  71467

03169

          Taxpayer Identification Number: 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
                    Tax Period(s): Dec. 31, 2001

                         Form: 1040

Dear Taxpayer:

Thank you for your correspondence received Feb. 06, 2007.

We have not resolved this matter because we haven't completed all
the processing necessary for a complete response.  However, we will
contact you again within 45 days with our reply.  You don't need to
do anything further now on this matter.

If you have a current installment agreement with us, please continue
to make scheduled payments while waiting for our response.  Even if
you do not have a formal installment agreement, you may make payments
to reduce the balance owed and minimize interest and penalty charges.
To help us apply payments properly, make checks or money orders
payable to the United States Treasury, and clearly print your name,
the tax year on which you owe, and your Social Security or Employer
Identification number on the check.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (___)_____  Hours _____

#16

**Internal Revenue Service**          **Department of the Treasury**

_Exh "C"_

Date: March 23, 2007

Taxpayer Identification Number:
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

Person to Contact:
K. F. Young

Jasper L. Dockery
#39631-053
U.S.P. Pollock
P. O. Box 2099
Pollock, LA 71467

Contact Telephone Number:
(504) 558-3047
Contact Fax Number:
(504) 558-3490
Employee Identification Number:
72-03071

Dear Mr. Dockery:

We have considered your request for return of property which was levied by the Internal Revenue Service on December 2, 2006 . Your request for the return of property has been denied because none of the following conditions are present .

Internal Revenue Code section 6343(d) provides that this property may be returned to you provided:

1. The levy was premature or otherwise not in accordance with administrative procedures,

2. You have entered into an installment agreement to satisfy the tax liability for which the levy was imposed and the agreement provides for return of all or part of the levied property,

3. The Internal Revenue Service determines that return of the property will facilitate the collection of the tax liability, or

4. It is determined that it is in your best interest and the best interest of the United States for the property to be returned to you.

You have a right to a hearing with us to appeal this determination as explained in the enclosed Publication 1660, _Collection Appeal Rights._

If you have not previously requested a Collection Due Process (CDP) hearing for the tax liability for which the levy was imposed, you may be entitled to a CDP equivalent hearing if you meet the requirements found in Treasury Regulation § 301.6330-1(i). You may request an equivalent hearing by completing the enclosed Form 12153, _Request for a Collection Due Process Hearing,_ and mailing it to the person whose name and address are shown at the top of this letter.

**Letter 3975 (4-2005)**
Catalog Number 39662E

#17

*Exh "C"*

If you have been given a CDP hearing for the tax liability for which the levy was imposed, you may request a Collection Appeals Program (CAP) hearing by contacting the person listed on the first page of this letter.

Thank you for your cooperation.

Sincerely yours,

*Wallace B. Schneidau*

Wallace B. Schneidau, Advisory Group Manager

Enclosures:
Publication 1660, *Collection Appeal Rights*
Form 12153, *Request for a Collection Due Process Hearing*

#18

April 3, 2007

Jasper L. Dockery #39631-053
United States Penitentiary
P.O. Box 2099
Pollock, Louisiana 71467


Wallace B.Schneidau, Advisory Group Manager
Department of the Treasury
Internal Revenue Services
ASC Support
P.O. Box 57
Bensalem, Pennsylvania 19020-8514


Re: Collection Due Process


Dear Mr. Schneidua:

I am in receipt of your letter dated March 23, 2007, in denial of my re-
quest for release of Levy and Notice of Release dated January 9, 2007.

I am presently filing the 12153 form that you sent to me for a Collection
Due Process. Thereby, please find enclosed a copy of the two (2) Notices
of Levy in question, a copy of the account transcript used in this matter
along with copies of the checks drawn against my bank account, and a copy
of my tax forms filed in April 1995.

Hopefully upon receiving the enclosed information, it will prove to be
enough to satisfy any and all arguements conecrning this situation with-
out any necessary court procedures.

I thank you for your time concerning this issue and hope to hear from you
in the near future.


Sincerely,

Jasper L. Dockery

# Request for a Collection Due Process or Equivalent Hearing

Use this form to request a Collection Due Process (CDP) or equivalent hearing with the IRS Office of Appeals if you have been issued one of the following lien or levy notices:

- *Notice of Federal Tax Lien Filing and Your Right to a Hearing under IRC 6320,*
- *Notice of Intent to Levy and Notice of Your Right to a Hearing,*
- *Notice of Jeopardy Levy and Right of Appeal,*
- *Notice of Levy on Your State Tax Refund- Notice of Your Right to a Hearing.*

Complete this form and send it to the address shown on your lien or levy notice. Include a copy of your lien or levy notice to ensure proper handling of your request.

Call the phone number on the notice or 1-800-829-1040 if you are not sure about the correct address or if you want to fax your request.

**You can find a section explaining the deadline for requesting a Collection Due Process hearing in this form's instructions. If you've missed the deadline for requesting a CDP hearing, you must check line 6 (Equivalent Hearing) to request an equivalent hearing.**

| | |
|---|---|
| 1. Print Name: | **Jasper Dockery** _____ _____ <br><br> If a husband and wife owe the tax liability jointly, please print both names if both want a hearing. |
| Address: | **United States Penitentiary** <br> **P.O. Box 2099** <br><br> City: **Pollock**    State: **LA**    Zip Code: **71467** |

| 2. Social Security Number or Numbers | SSN 1 <br> **053** — **50** — **4785** | SSN 2 <br> ___ — ___ — ___ |
|---|---|---|
| Employer Identification Number | | |

| 3. Daytime Telephone Number and Best Time to Call | ( ___ ) ___ - ___ **N/A** | _____ ☐ am. ☐ pm. |
|---|---|---|

### 4. Tax Information

| Type of Tax (Income, Employment, Excise, etc. or Civil Penalty) | Tax Form Number (1040, 941, 720, etc) | Tax Period or Periods |
|---|---|---|
| **Income/Self Employment** <br> **Civil Penalties** | **1040** | **1995 thru 2006** |
| | | |
| | | |

Form **12153** (Rev. 11-2006)    Catalog Number 26685D    www.irs.gov    Department of the Treasury - Internal Revenue Service

*#20*

# Request for a Collection Due Process or Equivalent Hearing

**5. Basis for Hearing Request** (Both boxes can be checked if you have received both a lien and levy notice)

☐ Filed Notice of Federal Tax Lien          ☒ Proposed Levy or Actual Levy

**6. Equivalent Hearing** (See the instructions for more information on Equivalent Hearings)

☐ I would like an Equivalent Hearing - I would like a hearing equivalent to a CDP Hearing if my request for a CDP hearing is too late.

**7.** Check the most appropriate box for the reason you disagree with the filing of the lien or the levy. **See page 4 of this form for examples.** You can add more pages if you don't have enough space.

Collection Alternative          ☐ Installment Agreement          ☐ Offer in Compromise

Lien          ☐ Subordination          ☐ Discharge          ☐ Withdrawal

Please explain:

My Spouse Is Responsible          ☐ Innocent Spouse Relief (Please attach Form 8857, *Request for Innocent Spouse Relief,* to your request.)

Other

(Use as much space as you need to explain the reason for your request. Attach extra pages if necessary.)

☒ Reason:

   See the Attachment for reasons

**SIGN HERE**

I understand the CDP hearing and any subsequent judicial review will suspend the statutory period of limitations for collection action. I also understand my representative or I must sign and date this request before the IRS Office of Appeals can accept it.

Your Signature _Jasper L Dockery_          Date _4/4/07_

Spouse's Signature (if a joint request, both must sign)          Date

**IRS Use Only**

| IRS Employee (Print) | Employee Telephone Number | IRS Received Date |
|---|---|---|
| | | |

Form **12153** (Rev. 11-2006)          Catalog Number 26685D          www.irs.gov          Department of the Treasury - **Internal Revenue Service**

#21

Jasper Dockery
April 3, 2007
Attachment: Collection Due Process

## Reasons For Appeal

I am not liable for (I don't owe) all or part of the taxes.

1a) My place of business, the Three (3) Star Grocery Store, located at 2127 Pitkin Avenue, Brooklyn, New York, had been opened approximately about one (1) year and I filed taxes in April 1995 (see attached tax form).

1b) On October 23, 1995 my place of business was raided by Special Agents of the Federal Bureau of Investigation, Nathan Tucker, and Pamela Reed. Following this raid, my place of business was left unsecured and there upon was vandalized by looters and was never reopned.

1c) I have not since owned or operated any other business, and nor have I worked any where to receive any other earned income.

1d) Prior to receiving a copy of a Notice of Levy dated October 8, 2003, along with a copy of a check payable to the United States Treasury in the amount of Four Thousand Six Hundred Seventy Nine Dollars and Twenty six cent ($4,679.26), drawn against my bank account on October 16, 2003, from Chevy Chase Bank, I have never received a deficiency notice stating that I owed a liability by the Internal Revenue Services, or any other source, or agency.

1e) Recently in December 2006, I received a copy of another Notice of Levy dated December 2, 2006, along with a copy of another check drawn against my account in the amount of One Thousand Nine Hundred Fifty Two Dollars and Six cent ($1,952.06). This was also sent to me from Chevy Chase Bank, but I never received anything from the IRS, or any other government agency stating that I owed a liability, or a deficiency notice of any kind.

1f) Since being incarcerated in 1996 the only monetary funds that I have received were from the government for personal injurys as a result of one of their employee's. The agreement upon accept -ing these funds as compensation for the injuries that I sustained, was that I would **not** have to pay any taxes out of it. Therefore, according to the statue cited, 28 USC Section 61, is erroneously used because there is **no economic income** of **gross earnings** involved in this instance. (See the following taken from your account transcript)

**Exemption:          01          **Filing Status: Head of Household

**Adjusted Gross
  Income:          27,880.00

Jasper Dockery
April 3, 2007

      **Taxable Income:  20,430.00

       Tax Per Return:     0.00

      **SE Taxable Income
        Taxpayer:      27,705.00

      **Taxable Income
        Spouse:        0.00

      **Total Self
        Employment Tax:   4,239.00

The above quoted information taken from the account transcript that you sent me, clearly states that it is for the **Tax period: December 31, 2001.** Once again I reinterate that I have been in-carcerated since February 6, 1996. Therefore, it was impossible for me to work and receive an earned income, or operate a personal business to make me liable for self employment taxes. (See 26 USC §1402) The term "Net Earnings from Self Emploment" means the gross income derived by an individual from any trade or business carried on by such individual. And Title §541.13 code 408 **prohibits** inmates from conducting any business while in prison. Therefore, the information quoted above from your account transcript bears erroneous taxation information.

I do not believe I should be responsible for penalties.

  2a) On February 6, 1996, I was arrested in Brooklyn, New York, and then transported to the District of Columbia, where I remained incarcerated until I was sentenced to two (2) life sentences on April 18, 1997, and I've been incarcerated ever since.

  2b) The copy of the Notice of Levy received from my bank dated on October 8, 2003, as mentioned in section 1d above, contained my name and the address of the business I owned at 2127 Pitkin Avenue, Brooklyn, New York, which had been out of business since October 23, 1995.

  2c) If I owed any further taxes after filing my taxes in April of 1995, I was never sent anything from the IRS to indicate this prior to my business being raided and vandalized on October 23 1995, or anytime thereafter.

  2d) The copy of the Notice of Levy received from my bank in Decem-ber 2006, as mentioned in section 1e above, was dated October 11, 2006, and addressed to me at 601 McDonough Blvd. S.E. Atlanta, Georgia, but I was no longer being housed there by the Bureau of Prisons.

#23

Jasper Dockery
April 3, 2007

    2e) It would appear that once the IRS discovered that I was being
        housed withing the Federal Bureau of Prisons in 2003, at 601
        McDonough Blvd S.E., Atlanta, Georgia, that I should have been
        sent a deficiency notice for any further liabilities that I may
        have owed at that time, after receiving the check from my bank
        account to cover the Notice of Levy sent to my bank stating I
        owed a libility at that time.  However, nothing was ever sent
        to me explaining that I owed anything by the IRS for whatever
        reason.

# Notice of Levy

DATE: 10/08/2003

REPLY TO:

IRS SERVICE CENTER
P.O. BOX 57
BENSALEM, PA 19020

_Extinguish_

TO: P           DPC05

CHEVY CHASE BANK FSB
6200 CHEVY CHASE DRIVE
LAUREL MD        20707

TELEPHONE NUMBER    SEQNUM 00386
OF IRS OFFICE:
TOLL FREE       1-800-829-3903
SBV

NAME AND ADDRESS OF TAXPAYER:

JASPER DOCKERY
2127 PITKIN AVE
BROOKLYN NY 11207-3517274

IDENTIFYING NUMBER(S):
DOCK   G   03      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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-1994 | $ 2,179.51 | $ 2,499.75 | $ 4,679.26 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➡

Total Amount Due ▶ $ 4,679.26

We figured the interest and late payment penalty to _____ 11-06-2003 .

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in Section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring a guaranteed payment** (cash, cashier's check, certified check, or money order) to the nearest IRS office with form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

#25

Signature of Service Representative
_Larry Reda_

Title
**Operations Manager, Collection**

**Part 3** - FOR TAXPAYER

FORM 668-A(c)(Rev. 1-01) 16740V

CHEVY CHASE BANK

CHEVY CHASE BANK
BETHESDA, MARYLAND

No. 4166003

- 7501 WISCONSIN AVENUE
BETHESDA, MARYLAND 208__

CASHIER'S CHECK

OCTOBER 14, 20 03

Pay

Dollars $ *****4,679.26*

**FOUR THOUSAND SIX HUNDRED SEVENTY-NINE AND 26/100******************************

Void After 90 Days

To The
Order Of:       **UNITED STATES TREASURY**
                REF: JASPER COOLEY
                SSNO. 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

AUTHORIZED SIGNATURE

⑈4166003⑈ ⑆255071981⑆ 251000508⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

No. 4166003

| DATE | ACCOUNT NUMBER | AMOUNT | FOR OFFICE USE ONLY |
|---|---|---|---|
| 10-14-03 | 137-5031964-0 | $4,679.26 | L#_____ T#_01_0045 |

- ☐ Check Sent as Requested
- ☐ Check to Payee
- ☐ Receipt to Customer
- ☐ Check & Receipt to Customer
- ☐ Other

Please Note: Replacement of lost Cashier's
Checks of $10,000 or more will require your
purchase of an indemnity bond.

Exh "94"

#26

Form 8519
(Rev. January 2001)

Taxpayer's Copy of Notice of Levy

DATE: 12/02/2006

REPLY TO:
ACS SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

TELEPHONE NUMBER
OF IRS OFFICE:     SEGNUM     00932
TOLL FREE     1-800-829-3903
SBV

P

TO:

CHEVY CHASE BANK FSB
6200 CHEVY CHASE DRIVE
LAUREL  MD   20707

JASPER DOCKERY
PO BOX 2099
POLLOCK LA 71467-2099997

IDENTIFYING NUMBER(S):
DOCK  G   01        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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2001 | $    12,608.18 | $     1,474.86 | $    14,083.04 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUAL RETIREMENT
PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL,
UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➡

Total
Amount
Due ▶     $    14,083.04

We figured the interest and late payment penalty to _____ 12-28-2006 _____

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we
have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in Section 408(n) of the
Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must
include the interest you earn during that time. Anyone else we send a levy to must turn over your money,
property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check,
certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received
this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time
to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for
handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If
you write to us, please include your telephone number and the best time to call.

#27

Signature of Service Representative
Mary Edward

Title
**Operations Manager, Collection**

FORM 8519 (Rev. 01-01)  8519aR



**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 57
BENSALEM, PA 19020-8514



000833.293099.0002.001 1 MB 0.326 532

JASPER DOCKERY
PO BOX 2099
POLLOCK LA 71467-2099997

0938

#28

Levy 8519 Coversheet (07-2006)

# CHEVY CHASE BANK

7501 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

CHEVY CHASE BANK
BETHESDA, MARYLAND

No. 200041564

65-7198
2550

TouchSafe®   **CASHIER'S CHECK**

DECEMBER 4, 06

Pay

Dollars $  ******1,952.06

**ONE THOUSAND NINE HUNDRED FIFTY-TWO AND 06/100**********************************************

To The
Order Of:  **US TREASURY**
RE: JASPER DOCKERY
SS/TID NO. 053504785

AUTHORIZED SIGNATURE

Void After 90 Days

⑈200041564⑈ ⑆255071981⑆ 251000508⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE CHEVY CHASE BANK WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW.

No. 200041564

| DATE | ACCOUNT NUMBER | AMOUNT | FOR OFFICE USE ONLY | |
|------|----------------|--------|---------------------|---|
| | | | Location # | Teller # |
| 12-04-06 | 157-202192-6 | $1,952.06 | | 071   004A |

☐ Check Sent as Requested
☐ Check to Payee
☐ Receipt to Customer
☐ Check & Receipt to Customer
☐ Other

**Please Note:** Replacement of lost Cashier's Checks of $10,000 or more will require your purchase of an indemnity bond.

VERIFY COMPLETE LIST OF SECURITY FEATURES LISTED ON BACK OF CHECK.

Ex 3

#29

100010244595

This Product Contains Sensitive Taxpayer Data

Request Date: 11-02-2006
Response Date: 11-02-2006
IRS Employee Number: 59CHB
Tracking Number: 100010244595

Account Transcript

FORM NUMBER: 1040A                TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER:        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

JASPER DOCKERY
2127 PITKIN AVE
BROOKLYN, NY11207-3517-274

Any minus sign shown below signifies a credit amount.

ACCOUNT BALANCE:          12,608.18
ACCRUED INTEREST:         1,005.58          AS OF: Oct. 30, 2006
ACCRUED PENALTY:          292.11            AS OF: Oct. 30, 2006

ACCOUNT BALANCE
PLUS ACCRUALS:            13,905.87

** EXEMPTIONS:            01                ** FILING STATUS: Head of Household
** ADJUSTED GROSS
   INCOME:                27,880.80
** TAXABLE INCOME:        20,430.00
   TAX PER RETURN:        0.00
** SE TAXABLE INCOME
   TAXPAYER:              27,705.00
** SE TAXABLE INCOME
   SPOUSE:                0.00
** TOTAL SELF
   EMPLOYMENT TAX:        4,239.00

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Jan. 14, 2005

PROCESSING DATE: Feb. 07, 2005

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | SUBSTITUTE FOR RETURN 29210-888-00000-5 | | 02-07-2005 | $0.00 |
| 170 | ESTIMATED TAX PENALTY | 20053908 | 10-10-2005 | $289.00 |
| 160 | LATE FILING PENALTY | 20053908 | 10-10-2005 | $1,643.18 |
| 300 | ADDITIONAL TAX ASSESSED BY EXAMINAT ION 29247-659-00807-5 | 20053908 | 10-10-2005 | $7,303.00 |
| 421 | RENUMBERED RETURN 29247-659-00807-5 | | 10-10-2005 | $0.00 |
| 336 | INTEREST ASSESSED | 20053908 | 10-10-2005 | $1,759.37 |
| 276 | FAILURE TO PAY TAX PENALTY | 20053908 | 10-10-2005 | $1,533.63 |
| 582 | FEDERAL TAX LIEN | | 09-08-2006 | $0.00 |
| 360 | FEES AND COLLECTION COSTS | | 10-02-2006 | $80.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 10-11-2006 | $0.00 |

#30

Department of the Treasury
Internal Revenue Service
ACS SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

Date:
                                    OCT. 11, 2006

Taxpayer Identification Number:
    4373975410        G 01

Contact Telephone Number:
TOLL FREE: 1-800-829-3903
BEST TIME TO CALL:
MON - FRI  8:00AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-3903

JASPER DOCKERY
601 MCDONOUGH BLVD SE
ATLANTA GA 30315

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your property or your rights to property 30 days after the date of this letter unless you take one of these actions:
.    Pay the full amount you owe, shown on the back of this letter. When doing so,
    .    Please make your check or money order payable to the United States Treasury;
    .    Write your social security number and the tax year or employer identification number and the tax period on your payment; and enclose a copy of this letter with your payment.
.    Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time.
.    Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope

#31

Automated Collection System

Letter 1058 (Rev. 09-2002)(LT-11NC)

# 1040 U.S. Individual Income Tax Return 1994

*IRS use only—Do not write or staple in this space.*

OMB No. 1545-0074

| Label | | | |
|---|---|---|---|

JASPER DICKEY
6127 DETROIT AVENUE
BROOKLYN, NY

"Exh 1040"

Use the IRS label. Otherwise, please print or type.

Your social security number: 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
Spouse's social security number:

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

| Presidential Election Campaign | Do you want $3 to go to this fund? | Yes | No | Note: Checking "Yes" will not change your tax or reduce your refund. |
|---|---|---|---|---|
| | If joint return, does your spouse want $3 to go to this fund? | | X | |

**Filing Status**
Check only one box.

1. Single
2. Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's SSN above and full name here ▶
4. X Head of household (with qualifying person). If qualifying person is a child but not your dep., enter child's name ▶
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19 )

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.
6b ☐ Spouse

No. of boxes checked on 6a and 6b: **1**

If more than six dependants, see page 14

| c Dependents: (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of mos. lived in your home in 1994 |
|---|---|---|---|---|
| CREOLA | | 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 | CHILD | 12 |
| JEANNETTE | | 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 | CHILD | 12 |
| TEARA BUCKLEY | | 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 | CHILD | 12 |
| | | | | |
| | | | | |

No. of your children on 6c who:
• lived with you **3**
• didn't live with you due to divorce or separation (see page 14)

Dependents on 6c not entered above

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed

Add numbers entered on lines above ▶ **4**

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 15.

Enclose, but do not attach, any payment with your return.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
|---|---|---|---|
| 8a | Taxable interest income. Attach Schedule B if over $400 | 8a | |
| b | Tax-exempt interest. DON'T include on line 8a [8b] | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 18,877. |
| 13 | Capital gain or (loss). If required, attach Schedule D | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions [15a] b Taxable amount | 15b | |
| 16a | Total pensions and annuities [16a] b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits [20a] b Taxable amount | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 18,877. |

**Adjustments to Income**

Caution: See instructions ▶

| 23a | Your IRA deduction | 23a | |
|---|---|---|---|
| b | Spouse's IRA deduction | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax | 25 | 1,334. |
| 26 | Self-employed health insurance deduction | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 23a through 29. These are your total adjustments ▶ | 30 | 1,334. |
| 31 | Subtract line 30 from line 22. This is your adjusted gross income ▶ | 31 | 17,543. |

#32

CF2097  11/29/94

Form **1040** (1994)

Form 1040 (1994)   JASPER BRENNAN   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   Page 2

| | | | | | 32 | 17,543. |
|---|---|---|---|---|---|---|

**Tax Computation**

(See page 23.)

| 32 | Amount from line 31 (adjusted gross income) | | 32 | 17,543. |
|---|---|---|---|---|
| 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. | | | |
| | Add the number of boxes checked above and enter the total here ► 33a | | | |
| | b If your parent (or someone else) can claim you as a dependent, check here ► 33b | | | |
| | c If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ► 33c ☐ | | | |
| 34 | Enter the larger of your: itemized deductions from Schedule A, line 29, OR standard deduction shown below for your filing status. But if you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. ● Single—$3,800 ● Head of household—$5,600 ● Married filing jointly or Qualifying widow(er)—$6,350 ● Married filing separately—$3,175 | | 34 | 5,600. |
| 35 | Subtract line 34 from line 32 | | 35 | 11,943. |
| 36 | If line 32 is $83,850 or less, multiply $2,450 by the total number of exemptions claimed on line 6e. If line 32 is over $83,850, see the worksheet on page 24 for the amount to enter | | 36 | 9,800. |
| 37 | Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | | 37 | 2,143. |

If you want the IRS to figure your tax, see page 24.

| 38 | Tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☐ Capital Gain Tax Worksheet, or d ☐ Form 8615. Amount from Form(s) 8814 ► e _____ | | 38 | 321. |
|---|---|---|---|---|
| 39 | Additional taxes. Check if from a ☐ Form 4970 b ☐ Form 4972 | | 39 | |
| 40 | Add lines 38 and 39 ► | | 40 | 321. |

**Credits**

(See page 24.)

| 41 | Credit for child and dependent care expenses | 41 | | |
|---|---|---|---|---|
| 42 | Credit for the elderly or the disabled. Attach Sch R | 42 | | |
| 43 | Foreign tax credit. Attach Form 1116 | 43 | | |
| 44 | Other credits. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) _____ | 44 | | |
| 45 | Add lines 41 through 44 | | 45 | 0. |
| 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ► | | 46 | 321. |

**Other Taxes**

(See page 25.)

| 47 | Self-employment tax. Attach Schedule SE | | 47 | 2,667. |
|---|---|---|---|---|
| 48 | Alternative minimum tax. Attach Form 6251 | | 48 | |
| 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | | 49 | |
| 50 | Social security and Medicare tax on tip income not reported to employer. Att Form 4137 | | 50 | |
| 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | | 51 | |
| 52 | Advance earned income credit payments from Form W-2 | | 52 | |
| 53 | Add lines 46 through 52. This is your total tax ► | | 53 | 2,988. |

**Payments**

Attach Forms W-2, W-2G, and 1099-R on the front.

| 54 | Fed income tax withheld. If 1099, check ► ☐ | 54 | | |
|---|---|---|---|---|
| 55 | 1994 estimated tax payments and amount applied from 1993 return | 55 | | |
| 56 | Earned income credit. If required, attach Schedule EIC (see page 27). Nontaxable earned income: amount ► _____ and type ► _____ | 56 | 1,374. | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | | |
| 58 | Excess social security and RRTA tax withheld (see page 32) | 58 | | |
| 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | | |
| 60 | Add lines 54 through 59. These are your total payments ► | | 60 | 1,374 |

**Refund or Amount You Owe**

| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you OVERPAID ► | | 61 | 0 |
|---|---|---|---|---|
| 62 | Amt of line 61 you want REFUNDED TO YOU ► | | 62 | |
| 63 | Amt of line 61 you want APPLIED TO YOUR 1993 ESTIMATED TAX ► | 63 | | |
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the AMOUNT YOU OWE. For details on how to pay, including what to write on your payment, see page 32 | | 64 | 1,665 |
| 65 | Estimated tax penalty (see page 33). Also include on line 64 | 65 | 51. | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date 4/1/95   Your occupation PROPRIETOR

Spouse's signature. If joint return, BOTH must sign. _____ Date _____ Spouse's occupation

**Paid Preparer's Use Only**

| Preparer's signature | NOEL G. GRAHAM | Date 4/1/95 | Check if self-employed ☑ | Preparer's social security 087-40-39 |
|---|---|---|---|---|
| Firm's name (or yours, if self-employed) and address | GEORGE GRAHAM AGENCY   #33   1233 ATLANTIC AVE. ATLANTIC CITY, NJ | | E.I. No. 08-4502150   ZIP code 11215 | |

**SCHEDULE C** (Form 1040)

## Profit or Loss From Business
(Sole Proprietorship)

> Partnerships, joint ventures, etc., must file Form 1065.
> Attach to Form 1040 or Form 1041. > See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**19 94**

Attachment Sequence No **09**

Name of proprietor: **JASPER COCKERY**

Social security number (SSN): **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**

A  Principal business or profession, including product or service (see page C-1): **GROCERY STORE**

B  Enter principal business code (see pg C-6) >

C  Business name: **3 STAR GROCERY STORE**

D  Employer ID number (EIN), if any: **05-3504785**

E  Business address (including suite or room no.) > **2127 PITKIN AVENUE**
City, town or post office, state, and ZIP code > **BROOKLYN, N.Y.**

F  Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) >

G  Method(s) used to value closing inventory: (1) ☒ Cost  (2) ☐ Lower of cost or market  (3) ☐ Other (attach explanation)  (4) ☐ Does not apply (if checked, skip line H)

H  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation  —  Yes ☐  No ☒

I  Did you "materially participate" in the operation of this business during 1994? If "No," see page C-2 for limit on losses  —  Yes ☒  No ☐

J  If you started or acquired this business during 1994, check here  > ☒

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here > ☐ | 1 | 34,884. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 34,884. |
| 4 | Cost of goods sold (from line 40 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 34,884. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | Gross income. Add lines 5 and 6 > | 7 | 34,884. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19  Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20  Rent or lease (see page C-4): | |
| 10 | Car and truck expenses (see page C-3) | 10 | 740. | a  Vehicles, machinery, and equip | 20a | |
| 11 | Commissions and fees | 11 | | b  Other business property | 20b | 8,400. |
| 12 | Depletion | 12 | | 21  Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 22  Supplies (not included in Part III) | 22 | 5,692. |
| | | | | 23  Taxes and licenses | 23 | 30. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24  Travel, meals, and entertainment: | |
| 15 | Insurance (other than health) | 15 | | a  Travel | 24a | |
| 16 | Interest: | | | b  Meals and entertainment  450. | |
| a | Mortgage (paid to banks, etc.) | 16a | | c  Enter 50% of line 24b subject to limitations (see page C-4)  225. | |
| b | Other | 16b | | d  Subtract line 24c from line 24b | 24d | 225. |
| 17 | Legal and professional services | 17 | | 25  Utilities | 25 | 365. |
| 18 | Office expense | 18 | | 26  Wages (less employment credits) | 26 | |
| | | | | 27  Other expenses (from line 46 on page 2) | 27 | 555. |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns > | 28 | 16,007. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 18,877. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | 18,877. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-5). • If you checked 32a, enter the loss on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-3). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you MUST attach Form 6198. | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.   **#361**   Schedule C (Form 1040) 1994

JASPER DOCKERY                                                    (4)                    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

Schedule C (Form 1040) 1994                                                              Page 2

| Part III | Cost of Goods Sold (see page C-5) | | |
|---|---|---|---|
| 33 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 33 | |
| 34 | Purchases less cost of items withdrawn for personal use | 34 | |
| 35 | Cost of labor. Do not include salary paid to yourself | 35 | |
| 36 | Materials and supplies | 36 | |
| 37 | Other costs | 37 | |
| 38 | Add lines 33 through 37 | 38 | |
| 39 | Inventory at end of year | 39 | |
| 40 | Cost of goods sold. Subtract line 39 from line 38. Enter the result here and on page 1, line 4 | 40 | |

| Part IV | Information on Your Vehicle. Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file. |
|---|---|

41  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _

42  Of the total number of miles you drove your vehicle during 1994, enter the number of miles you used your vehicle for:

a  Business _ _ _ _ _ _ _ _ _ _ _ _ _ _    b  Commuting _ _ _ _ _ _ _ _ _ _ _ _ _ _    c  Other _ _ _ _ _ _ _ _ _ _ _ _ _ _

43  Do you (or your spouse) have another vehicle available for personal use?                        ☐ Yes        ☐ No

44  Was your vehicle available for use during off-duty hours?                                       ☐ Yes        ☐ No

45 a  Do you have evidence to support your deduction?                                               ☐ Yes        ☐ No
   b  If "Yes," is the evidence written?                                                            ☐ Yes        ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8–26 or line 30. |
|---|---|

| LAUNDRY AND CLEANING _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 555. |
|---|---|
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| 46 | Total other expenses. Enter here and on page 1, line 27 | 46 | 555. |
|---|---|---|---|

H773

#35

CF2135  08/05/94

**Schedule SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

➤ See Instructions for Schedule SE (Form 1040).
➤ Attach to Form 1040.

OMB No. 1545-0074

**1994**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040)

JASPER DOCKERY

Social security number of person
with self-employment income ➤ | 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

## Who Must File Schedule SE

You must file Schedule SE if:

• You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, OR

• You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income. See page SE-1.

Note: Even if you have a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either optional method in Part II of Long Schedule SE. See page SE-2.

Exception. If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 47.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?



YOU MAY USE SHORT SCHEDULE SE BELOW

YOU MUST USE LONG SCHEDULE SE ON PAGE 2

---

**Section A -- Short Schedule SE.** Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31, Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). Ministers and members of religious orders see page SE-1 for amounts to report on this line. See page SE-2 for other income to report | 2 | 18,877. |
| 3 | Combine lines 1 and 2 | 3 | 18,877. |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ➤ | 4 | 17,433. |
| 5 | Self-employment tax. If the amount on line 4 is: | | |
| | • $60,600 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 47. | | |
| | • More than $60,600 multiply line 4 by 2.9% (.029). Then, add $7,514.40 to the result. Enter the total here and on Form 1040, line 47. | 5 | 2,667. |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 25. | 6 | 1,334. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    CF2101  10/10/94

#36

Schedule SE (Form 1040) 1994

Schedule EIC
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service    (9)

**Earned Income Credit**
**(Qualifying Child Information)**
➤Attach to Form 1040A or 1040.
➤See instructions on back.

OMB No. 1545-0074

19**94**

Attachment
Sequence No. **43**

Name(s) shown on return

JASPER DOCKERY

Your social security number

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

**Before You Begin . . .**

» Answer the questions on page 44 (1040A) or page 27 (1040) to see if you can take this credit.

» If you can take the credit, fill in the worksheet on page 45 (1040A) or page 28 (1040) to figure your credit.
But if you want the IRS to figure it for you, see page 40 (1040A) or page 24 (1040).

**Then,** complete and attach Schedule EIC only if you have a qualifying child.

## Information About Your Qualifying Child or Children

If you have more than two qualifying children, you only have to list two to get the maximum credit.

| Caution: If you don't fill in all the lines that apply, it will take us longer to process your return and issue your refund. | **(a) Child 1** | **(b) Child 2** |
|---|---|---|
| 1   Child's name<br>(first, initial, and last name) | JEANNETTE | CREOLA |
| 2   Child's year of birth | 1980 | 1978 |
| 3   If child was born before 1976 AND –<br>a was a student under age 24 at the end of 1994, check the "Yes" box, OR | ☐ Yes | ☐ Yes |
| b was permanently and totally disabled, check the "Yes" box | ☐ Yes | ☐ Yes |
| 4   If child was born before 1994, enter the child's social security number | 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 | 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 |
| 5   Child's relationship to you (for example, son, grandchild, etc.) | CHILD | CHILD |
| 6   Number of months child lived with you in the U.S. in 1994 | 12        months | 12        months |

TIP:  Do you want the earned income credit added to your take-home pay in 1995? To see if you qualify, get **Form W-5** from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

CF2208  10/10/94

H773  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule EIC (Form 1040A or 1040) 1994

#37

New York State Department of Taxation and Finance

# Resident Income Tax Return
### New York State ● City of New York ● City of Yonkers

(7)

# IT-201

1994

DOCKERY, JASPER

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

2127 PITKIN AVENUE

BROOKLYN          NY

● KINGS
●
● BROOKLYN
School district
code number          071

Permanent home address (number and street or rural route)    Apartment number

City, village or postoffice              State
NY

Zip code

**(A) Filing status -- mark an "X" in one box**

① Single

② Married filing joint return (enter spouse's social security number above)

③ Married filing separate return (enter spouse's social security number above)

④ X Head of household (with qualifying person)

⑤ Qualifying widow(er) with dependent child

Clip check or money order here

**(B)** Did you itemize your deductions on your 1994 federal income tax return?  ▌Yes  ▌No X

**(C)** Can you be claimed as a dependent on another taxpayer's federal return?  ▌Yes  ▌No X

**(D)** If you do not need forms mailed to you next year, mark an "X" in the box  ▌ X

**(E)** Enter the number of exemptions claimed from your federal return, line 6e  ▌ 4

| | | |
|---|---|---|
| 1 | Wages, salaries, tips, etc. | 1. |
| 2 | Taxable interest income | 2. |
| 3 | Dividend income | 3. |
| 4 | Taxable refunds, credits, or offsets of state and local income taxes (also enter on line 23 below) | 4. |
| 5 | Alimony received | 5. |
| 6 | Business income or (loss) (attach copy of federal Schedule C or C-EZ, Form 1040) | 6. |
| 7 | Capital gain or (loss) (attach copy of federal Schedule D, Form 1040) | 7. 18,877 |
| 8 | Other gains or (losses) (attach copy of federal Form 4797) | 8. |
| 9 | Taxable amount of IRA distributions | 9. |
| 10 | Taxable amount of pensions and annuities | 10. |
| 11 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (attach copy of federal Schedule E, Form 1040) | 11. |
| 12 | Farm income or (loss) (attach copy of federal Schedule F, Form 1040) | 12. |
| 13 | Unemployment compensation | 13. |
| 14 | Taxable amount of social security benefits (also enter on line 25 below) | 14. |
| 15 | Other income | 15. |
| 16 | Add lines 1 through 15 | 16. 18,877 |
| 17 | Total federal adjustments to income    SE TAX DEDUCTION | 17. 1,334 |
| 18 | Subtract line 17 from line 16. This is your federal adjusted gross income | ▌18. 17,543 |

For lines 1 through 17 below, enter your income items and total adjustments exactly as they appear on your federal return.

**New York Additions:**

| | | |
|---|---|---|
| 19 | Interest income on state and local bonds (but not those of NY State and local governments within the state) | 19. |
| 20 | Public employee 414(h) retirement contributions from your wage and tax statements | 20. |
| 21 | Other | 21. |
| 22 | Add lines 18 through 21 | 22. 17,543 |

**New York Subtractions:**

| | | |
|---|---|---|
| 23 | Taxable refunds, credits, or offsets of state and local income taxes (from line 4 above) 23. | |
| 24 | Pensions of NYS and local governments and the federal government (from line 10 above) 24. | |
| 25 | Taxable amount of social security benefits (from line 14 above) 25. | |
| 26 | Interest income on US government bonds 26. | |
| 27 | Pension and annuity income exclusion 27. | |
| 28 | Other 28. | |
| 29 | Add lines 23 through 28 | 29. |
| 30 | Subtract line 29 from line 22. This is your New York adjusted gross income (if you claimed the standard deduction on your federal form, add lines 31 through 45 and enter the line 30 amount on line 46 of the back page.) | ▌30. 17,543 |

#38

201140026    OF0500  01/12/95

*Exh. C* 1 of 2.

April 10, 2007

Jasper L. Dockery #39631-053
United States Penitentiary
P.O. Box 2099
Pollock LA, 71467

Wallace B. Schneidau, advisory Group Manager
Department of Treasury
Internal Revenue Services
ASC Support
P.O. Box 57
Bensalem, PA 19020-8514

Taxpayer Identification Number: 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.

Re: Collection Due Process

Supplemental Appeal Due process Hearing material.

1.    Pursuant to **26 USCS § 6343  Authority to release levy and return property:**
      **(d) Return of property in certain cases. If-**

      **(1) any property has been levied upon, and**

      **(2) the Secretary determines that-**

      **(A) the levy on such property was premature or otherwise not in accordance with administrative procedures of the Secretary.**

2.    In the instant matter of **28 USCS § 62 Adjusted Gross Income** (is tax levied without statutory Authority) mean, in the case of an individual gross income minus the following deduction:

3.    Trade or Business carried on by the taxpayer, if such trade or business does not consist of the performance of services by the tax payer as an employee; and¶(2)--(18)(i)(ii).

4.    In addition, the Ancestor of **26 USCS § 62** was designed to provide business expense deduction for taxpayer who worked independently and whose business expenditures were substantial factor in earning and enhancing profits anticipated from enterprise, as distinguished from one who was under Another's Supervision and/or Controlled[1] and amount of whose earnings was not so likely to be influenced by or

_____

[1]It should be note that Mr. Dockery was a prisoner from 1996 until this current date and has not work independently nor runs any business or trade. Therefore, tax levied Officers or Agents lacks Authorities for levy the money/tax.

#39

Exh "E"

directly dependant on such business expenditures.

5.    For each alleged tax period the IRS has failed to provide Mr. Dockery with notice of its first time intention to collect tax liability before taking his money or rights to money/property. This must be done by sending Mr. Dockery a levy notice of intention.

6.    Because IRS issue a levy without sending this notice of intention to levy, Mr. Dockery was deprived of due process notice of pre payment clause.

#40

OGDEN  UT  84201-0049

In reply refer to:  0461307001
Apr. 11, 2007  LTR 3340C  EO
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  200112 30 000
                    00020156
                BODC: SB

JASPER DOCKERY
% USDOC POLLOCK 39631053
PO BOX 2099
POLLOCK  LA  71467-2099997

```
          Taxpayer Identification Number:  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
                          Kind of Tax:  INCOME
          Original Audit Assessment/EIC:  $7,303.00

                        Tax Year(s):  Dec. 31, 2001
```

Dear Taxpayer:

We completed your audit reconsideration for the year(s) above.
After reviewing your case file and documentation, we determined
that we should not change the original audit assessment amount.
Please see the paragraph, "Reason For Disallowance" for an
explanation.

Reason for Disallowance:
The non employee compensation you received is taxable self-employment
income also subject to self-employment tax.  The section you referred
to in your response is correct that the income is not earned income,
but only for purposes of earned income credit.

If you agree with our decision and have an outstanding balance that
you are unable to pay, you may request an installment
agreement.
Refer to Publication 594, "The IRS Collection Process."

If you disagree with our decision, you may request an Appeals
conference by filing a small case request or a formal written
protest (depending upon the amount we show you owe), within 30
days from the date of this letter.  Please see the enclosed
Publication 5, "Your Appeal Rights and How to Prepare a Protest If
You Don't Agree."  The section entitled "Protests" describes the
procedures needed to request an appeals conference.

If you do not wish to have an Appeals conference, but you still
wish to dispute our decision, you must pay the full amount due and
file a claim with the IRS.  You must file your claim within three
years from the date you filed your return, or two years from the
date you paid the taxes, whichever is later.  If you decide to do
nothing, we will resume collection activity.

#41

**IRS** Department of the Treasury
Internal Revenue Service

PHILADELPHIA  PA   19255-0030

In reply refer to:  0568939684
May  03, 2007  LTR 3503C    0
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  200112 30 000
                        00013995
BODC: SB

JASPER DOCKERY
% USDOC POLLOCK 39631053
PO BOX 2099
POLLOCK  LA   71467-2099997

169

             Taxpayer Identification Number: 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
                          Tax Period: Dec. 31, 2001
                               Form: 1040
                  Kind of Penalty(s): Failure to File, Failure to Pay

Dear Taxpayer:

Thank you for your recent letter dated Apr. 04, 2007 that asked us to
remove the failure to file and pay penalties and included an
accompanying payment of $0.00.

We are pleased to inform you that your request to remove the failure
to file and failure to pay penalties has been granted.  However, this
action has been taken based solely on the fact that this was the first
time you were required to file a return.  This type of penalty
removal is a one-time consideration.  Any future Failure to File
and/or Failure to Pay penalties will only be removed based on your
providing information that meets reasonable cause criteria.  You
should receive a notice of penalty adjustment within the next few
weeks.

Your total balance due currently is $9,054.99.  This amount
includes penalty(s) and interest figured  to May 25, 2007.  Interest
will continue to accrue until your account is paid in full.

If you have any questions, please call us toll free at 1-800-829-8374.

If you prefer, you may write to us at the address shown at the top of
the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____     Hours _____

#42

**IRS** Department of the Treasury
Internal Revenue Service

PHILADELPHIA  PA  19255-0030

*"Exh C"*

023169.328028.0104.003 1 MB 0.326 862

JASPER DOCKERY
% USDOC POLLOCK 39631053
PO BOX 2099
POLLOCK  LA  71467-2099997

169

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
                              0568939684
    BODCD-SB

Use for payments

Letter Number:    LTR3503C
Letter Date  :    2007-05-03
Tax Period   :    200112

*053504785*

JASPER DOCKERY
% USDOC POLLOCK 39631053
PO BOX 2099
POLLOCK  LA  71467-2099997

INTERNAL REVENUE SERVICE

PHILADELPHIA  PA  19255-0030

053504785 NH DOCK 30 0 200112 670 00000000000          #43

**INTERNAL REVENUE SERVICE**
Philadelphia Service Center

**DEPT OF THE TREASURY**
P.O. Box 1064
Bensalem, PA 19020

Date: April 26, 2007

Phone: 215-516-2963 (3:00 PM – 11:00 PM)
(Not a toll-free number)

JASPER DOCKERY
% USDOC POLLOCK 39631053
PO BOX 2099
POLLOCK          LA 71467

Contact: C. Brownlee

Taxpayer Identification #: 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

Tax Period(s): 1995-2006
Tax Form: 1040

Dear Taxpayer:

We received your request for a Collection Due Process Hearing dated April 4, 2007.

Unfortunately your request was not received within the timeframe allowed to qualify for a Collection Due Process Hearing for tax year 2001. However your request does qualify for an Equivalent Hearing. An Equivalent Hearing is similar to a Collection Due Process Hearing in all respects except it does not prohibit the issuance of a levy or suspend the 10-year period for collecting your taxes. Also, you cannot file an appeal in tax court to contest the IRS Office of Appeals' decision concerning your Equivalent Hearing.

Please call the number shown above within 15 days of the date of this letter to discuss possible resolutions of your Equivalent Hearing Request. If the number is outside your local calling area, there will be a long-distance charge to you.

The Restructuring and Reform Act of 1998 (RRA98), gives a taxpayer the right to a Collection Due Process (CDP) hearing with Appeals when they receive the following:

- A Federal Tax Lien or a Notice of Federal Tax Lien Filing and Notice of Your Right to a Hearing under IRC 6320.
- A Final Notice of Intent to Levy and Notice of Your Right to a Hearing under IRC 6330.

A review of your account indicates that we have not informed you of a Federal Tax Lien nor issued a Final Notice of Intent to Levy for tax years 1995-2000 and 2002-2006. Therefore, you do not have a right to appeal under IRC 6320 or IRC 6330 at this time. If you do receive either of the above notices, you will have thirty days to appeal the notice.

The Internal Revenue Service has an administrative appeal procedure for taxpayers for certain collection actions called the Collection Appeals Program (CAP). You may file an appeal using the Collection Appeals Program for the following actions:

- Denied requests for an installment agreement;
- Denied requests for discharge, subordination of lien or certificate of non-attachment;
- Denied request that a lien be withdrawn.

If any of the above actions have occurred, and you do not agree with the action, use Form 9423, Collection Appeal Request to file your appeal. Please review pages 3 and 4 of the enclosed Publication 1660, Collection Appeal Rights.

We considered your request for abatement of penalties and the failure to file penalty in the amount of $1,643.18 and failure to pay penalty in the amount of $1,533.63 have been abated. However, this action is a one-time consideration. Any future Failure to File and Failure to Pay penalties will only be removed based on your providing information that meets reasonable cause criteria.

Rev. 2007-01

*Exh H-2*

The current amount you owe is shown below. The amount includes penalties and interest figured to May 25, 2007. Penalties and interest will continue to be charged until the balance due is paid in full.

| Form 1040 | Tax Period 1992 | Tax $7,479.31 | Interest $1,575.68 | Penalty $.00 | Total Balance Due $9,054.99 |
|---|---|---|---|---|---|

Furthermore, based on your situation we have placed your account in currently not collectible status. This means we will not actively take collection action but you will be sent periodic reminder notices of the balance owed. Also, if in the future you show ability to pay we will contact you and ask you to provide a financial statement.

We have also enclosed the wage statement information for tax year 2001 as you requested.

If you choose to write, please include a copy of this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (___)_____ Hours _____

Sincerely,

*C. Brownlee*

C. Brownlee
Employee Number: 0568939684
Tax Examiner

Rev. 2007-01

#45

IRPTRL0535047850200100                              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

L1: JASPER DOCKERY
L2:
L3: C O C DOMINQUEZ
L4: WASHINGTON                    DC 20036

*Exht 3*

PAYER ENTITY DATA
L1: DISTRICT OF COLUMBIA GOVERNMENT
L2:
L3: 810 FIRST STREET N E ROOM 226
L4: WASHINGTON                    DC 20002

| TX WITHELD | -- | PENS/ANN   | --     |
|------------|----|------------|--------|
| WAGES      | -- | IRA CTB    | --     |
| ALLOC TIPS | -- | NONEMP COM | 30,000 |
| INTEREST   | -- | CAPTL GAIN | --     |
| MTG INT PD | -- | REAL ES SL | --     |
| POINTS PD  | -- | GROSS DIST | --     |
| PR YR RFND | -- | TAXBLE AMT | --     |
| SAV BOND   | -- |            |        |
| DIVIDENDS  | -- |            |        |

#48

IRPTRN05350478502001000000          *(TY2001)

DOCUMENT TYPE: 1099-MISC                        PAGE 0001 OF 0001
PAYEE ENTITY DATA:        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
 JASPER DOCKERY
 C O C DOMINQUEZ
 WASHINGTON
 STATE: DC ZIP: 20036-0000                NOT DIRECT SALES
                                          NO SECOND NOTICE

ACCOUNT NUMBER: N/A
PAYER ENTITY DATA:        53-6001131
 DISTRICT OF COLUMBIA GOVERNMENT
 810 FIRST STREET N E ROOM 226
 WASHINGTON                DC 20002


 FED TX WH.............$0
 NONEMP COM.......$30,000+



*************************    TAXPAYER  COPY    *************************

Department of the Treasury
Internal Revenue Service
Philadelphia, PA 19255-0010

For assistance, call:
1-800-829-8374
**Your Caller ID:** 463622
**Notice Number:** CP21A
**Date:** May 14, 2007

**Taxpayer Identification Number:**
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
**Tax Form:** 1040A
**Tax Year:** December 31, 2001

```
050052.382931.0229.006 1 AT 0.308 760
```

JASPER DOCKERY
% USDOC POLLOCK 39631053
PO BOX 2099
POLLOCK LA 71467-2099997

| Amount You Owe as of June 4, 2007 |
| --- |
| $8,547.76 |

## We Changed Your Account

83254-494-98002-7

*We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.*

## Why You Received This Notice

We changed your 2001 account to correct your penalty due to reasonable cause (interest is charged on any unpaid tax and may not be removed for reasonable cause).

Our action is the result of your inquiry of April 4, 2007.

## How We Changed Your Account

We changed your account as follows:

| Account balance before this change | $10,656.12 Due |
| --- | --- |
| The Filing Late penalty previously charged was reduced | $1,643.18 CR |
| The Late Payment penalty previously charged was reduced | $1,241.52 CR |
| Interest charged | $776.34 |
| **Amount you now owe** | **$8,547.76** |

## How This Affects You

Please pay the full amount by June 4, 2007 to avoid additional penalty and interest. When making your payment:

- Make your check or money order payable to the **United States Treasury**
- Write the Social Security number and tax year shown at the top of this notice on the check or money order
- Use the payment coupon included with this notice

Page 1

Philadelphia Service Center
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

Tax Period:   December 31, 2001

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 8464.00 | 258.46 |
| 09/30/2005 | 10/10/2005 | 10 | 7.0% | 0.001919464 | 8722.46 | 16.74 |
| 10/10/2005 | 12/31/2005 | 82 | 7.0% | 0.015848800 | 9028.20 | 143.09 |
| 12/31/2005 | 06/30/2006 | 181 | 7.0% | 0.035318388 | 9171.29 | 323.92 |
| 06/30/2006 | 10/02/2006 | 94 | 8.0% | 0.020814137 | 9495.21 | 197.63 |
| 10/02/2006 | 12/31/2006 | 90 | 8.0% | 0.019919667 | 9772.84 | 194.67 |
| 12/31/2006 | 01/03/2007 | 3 | 8.0% | 0.000657678 | 9967.51 | 6.56 |
| 01/03/2007 | 05/14/2007 | 131 | 8.0% | 0.029125263 | 8022.01 | 233.64 |

Total Interest:   2535.71

\*    Additional Interest Charges

50052    If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

"E4 J"

---

✂ **CUT HERE** ——————————————————————

Return this voucher with your payment or correspondence.

Your Telephone Number:        Best Time to Call:

(   )_____        _____AM____PM

27,880            20,430            4,239

**Amount you owe:**   **$8,547.76**
* You will avoid additional penalties and/or interest if we receive your full payment by **June 4, 2007**

☐ **Amount enclosed:**   **$_____**
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

SB          200718      0130          28254-516-08750-7

21A    Internal Revenue Service
Philadelphia, PA  19255-0010

JASPER DOCKERY
% USDOC POLLOCK 39631053
PO BOX 2099
POLLOCK LA  71467-2099997

053504785 NH DOCK 30 0 200112 670 00000854776    #C/9

# NOTICE - NOTICIA

TO:           USP POLLOCK INMATE POPULATION      "Exh I"

FROM:         FREDRICK MENIFEE, WARDEN

SUBJECT:      LOCK DOWN OF INSTITUTION - APRIL 20, 2007

Due to the recent incident, the USP will remain locked down and **ALL** privileges suspended until further notice.

**SUSPENDED PRIVILEGES** include, but are not limited to:

- **NO** TV         **NO** TELEPHONES      **NO** COMMISSARY
- **NO** ICE        **NO** HOT WATER       **NO** VISITING

The following **WILL OCCUR** daily:
- Sick call and medication distribution in the unit.
- Mail picked up and delivered.
- Bag lunches in cells.

**SHOWERS & LAUNDRY EXCHANGE** will be considered at a later time depending on the length of the lockdown and in accordance with Bureau of Prisons policy.

### ★★★★★★★★★★★★★★★★★★★★★★★★★

Debido al incidente reciente, la institucion seguira cerrado con llave en celdas y **TODOS** los privilegios suspendidos hasta nuevo aviso.

Los **Privilegios Suspendidos** incluyen, pero no se limitan:

- **NO** Television       **NO** Telefonos       **NO** Comisaria
- **NO** Hielo            **NO** Agua Caliente    **NO** Visitas

Lo siguiente **ocurrira diariamente:**

- Llamada para enfermos y distribucion de medicamentos en la unidad
- Correspondencia sera recogida y distribuida diariamente
- Bolsas de comida en la celdas

**El intercambio de las duchas y del lavadero** sera considerado mas luego dependiendo de la longitud del institucion este cerrado con llave y de acuerdo con la poliza de Bureau de prisiones.

#50