AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
MAY 12 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT CLERK

Jasper Dockery

Plaintiff

V.

U.S. Department Of Treasury Internal Revenue Services (IRS)

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0806

I, __Jasper Dockery__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. "PLAINTIFF REQUESTING STAY OF FILING FEE UNTIL FINAL DISPOSITION OF THE CASE, WILL GIVE HIM OPPORTUNITY TO PURCHSE STAMPS AND PAY FOR COPIES".
In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __USP Pollock. PO Box 2099 Pollock LA 71467.__

    Are you employed at the institution? __Yes__ Do you receive any payment from the institution? __Yes__

    [illegible/redacted line]

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Self employment In 1996. Owned Grocery Store. $35.000. Annually.__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes     ☒ No
    b. Rent payments, interest or dividends              ☐ Yes     ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
    d. Disability or workers compensation payments       ☐ Yes     ☒ No
    e. Gifts or inheritances                             ☐ Yes     ☒ No
    f. Any other sources                                 ☐ Yes     ☒ No

RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No  Plaintiff request-
ing a stay in charged of filing fee until the final disposition of case.
If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

   If "Yes," describe the property and state its value.  2127 Pitkin Ave 5 apartments and 2 Store front. The Estate is tied up in ongoing litigation in NY District Brooklyn Courthouse.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
   Several Children are depended on Jasper Dockery for financial assistance.

I declare under penalty of perjury that the above information is true and correct.

4/4/08                Jasper Dockery
_____          _____
Date                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.