IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER L. DOCKERY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF TREASURY )<br>INTERNAL REVENUE SERVICE (IRS), )<br>)<br>Defendants. ) | No: 1:08-cv-806-PLF |

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants move this Court for an extension of the time to answer or otherwise respond to plaintiff's complaint. In support of this motion, defendants submit the following:

1. Plaintiff filed his complaint on May 12, 2008. He effected service on the United States Attorney for the District of Columbia on June 6, 2008.

2. Defendants' response is due on or before August 4, 2008.

3. Defendants' counsel recently received the information from the Internal Revenue Service which provided sufficient information to respond to the complaint. However, counsel needs an additional 2-day period to review the information, consult the Internal Revenue Service and file a response to plaintiff's complaint.

4. While defendants' counsel could respond to the complaint by serving a general denial, such action would not materially advance this litigation. In fact, in many such cases, the service of a general denial actually inhibits progress in the case due to the necessity of serving and filing amended pleadings.

5. Defendants are of the belief that an enlargement of time of an additional two days would be sufficient for the assembly, transmittal, and receipt of the materials necessary to the drafting and service of a meaningful responsive pleading.

6.      Based on the above, defendants believe that granting a two-day enlargement of time to respond to the complaint would tend toward the just, speedy, and inexpensive determination of this action. See Fed.R.Civ.P. 1.

7.      Under Fed.R.Civ.P. 6(b), the Court, for cause shown, may enlarge the time for pleading, among other things. See Poe v. Christina Copper Mines, Inc., 15 F.R.D. 85, 87-88 (D. Del. 1953); 2 J. Moore, Moore's Federal Practice ¶ 6.08 (2d ed. 1988).

8.      Defendants' counsel was unable to reach the *pro se* plaintiff for his consent to the extension of time.

For the foregoing reasons, defendants respectfully requests that its motion for enlargement of time be granted.

Date: August 4, 2008.                              Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone/FAX: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

Jeffrey A. Taylor
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on August 4, 2008, Defendants' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT and proposed ORDER were placed in the United States mail, postage prepaid, and properly addressed to the following:

>Jasper Lloyd Dockery
>No. 39631-053
>Pollock United States Penitentiary
>U.S. Penitentiary
>P.O. Box 2099
>Pollock, LA 71467

>\_\_/s/ Pat S. Genis
>PAT S. GENIS

1673843.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASPER L. DOCKERY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:08-cv-806-PLF |
| ) | |
| U.S. DEPARTMENT OF TREASURY ) | |
| INTERNAL REVENUE SERVICE (IRS), ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of defendants' Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is

ORDERED that the time shall be extended for 2 days to and including August 6, 2008.

Date: _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

2046640.1

COPIES TO:

Pat S. Genis
Trial Attorney, Tax Division
P.O. Box 227
Washington, D.C. 20044

Jasper Lloyd Dockery
No. 39631-053
Pollock United States Penitentiary
U.S. Penitentiary
P.O. Box 2099
Pollock, LA 71467

2046640.1