THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

AUG 2 0 2008

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

JASPER L. DOCKERY          *

    Plaintiff

                       *    No: 1:08-cv-806-PLF

V.

                       *

U.S. DEPARTMENT OF TREASUARY
INTERNAL REVENUE SERVICE(ITS),

    Defendants.          *

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff move this Court for an Order of extension of time to answer or respond to Defendants' motion to dismissed Plaintiff's complaint. Plaintiff's request 30 days until September 15, 2008 to respond. He is requesting this extension of time to conduct research and preparation of his response.

For the foregoing reasons, plaintiff respectfully requests that his motion for enlargement of time be granted.

Date: August 12, 2008.

Respectfully submitted,

*/s/ Jasper Dockery*

CC: Trial Attorney,
Tax Division
U.S. Dep't of Justice
Post Office Box 227
Washington, DC 20044.

Jasper Dockery
#39631-053
United States Penitentiary
P.O. Box 2099
Pollock LA 71467